Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−23648−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| William K Stanley | Ella D. Stanley |
| 644 Cresson Avenue | 644 Cresson Avenue |
| Pleasantville, NJ 08232 | Pleasantville, NJ 08232 |

Social Security No.:
  xxx−xx−1266                                        xxx−xx−2778

Employer's Tax I.D. No.:

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

   Please be advised that on July 20, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 14 − 5
Order Granting Notice of Request for Loss Mitigation(Related Doc # 5). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/20/2017. (bc)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 20, 2017
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-23648-ABA
William K Stanley                                                     Chapter 13
Ella D. Stanley
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Jul 20, 2017
                              Form ID: orderntc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
lm          E-mail/Text: bankruptcy.bnc@ditech.com Jul 20 2017 23:10:39      Ditech,   PO Box 6154,
            Rapid City, SD   57709-6154
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2017                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2017 at the address(es) listed below:
            Brian C. Nicholas    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
             AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
             2005-7 bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
            Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
            Justin  Plean    on behalf of Creditor    Wilmington Savings Fund Society, FSB bkyecf@rasflaw.com,
             bkyecf@rasflaw.com;ras@ecf.courtdrive.com
            Robert A. Loefflad    on behalf of Debtor William K Stanley rloefflad@ffhlaw.com,   ghuie@ffhlaw.com
            Robert A. Loefflad    on behalf of Joint Debtor Ella D. Stanley rloefflad@ffhlaw.com,
             ghuie@ffhlaw.com
            U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6