**UNITED STATES BANKRUPTCY COURT**
**District of New Jersey**

| IN RE: | William K. Stanley | | Case No.: | **17-23648** |
| --- | --- | --- | --- | --- |
| | Ella D. Stanley | | Judge: | **ABA** |
| | | Debtor(s) | Chapter: | **13** |

### CHAPTER 13 PLAN AND MOTIONS

☐ Original                    ☑ Modified/Notice Required           ☑ Discharge Sought
☑ Motions Included      ☐ Modified/No Notice Required     ☐ No Discharge Sought

Date:  **8/03/2017**

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM

### Part 1:  Payment and Length of Plan

a. The Debtor shall pay **100.00 Monthly** to the Chapter 13 Trustee, starting on **8/01/2017** for approximately **36** months.

b. The Debtor shall make plan payments to the Trustee from the following sources:
   ☑  Future Earnings
   ☐  Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion:

- ☐ Refinance of real property
  Description:
  Proposed date for completion:

- ☑ Loan modification with respect to mortgage encumbering property
  Description: 644 Cresson Avenue, Pleasantville, New Jersey 08232
  Proposed date for completion: 10/01/2017

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $ 1,245.00 to be paid directly by the debtor(s) outside of the Plan, pre-confirmation to __Ditech__ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Robert A. Loefflad NJ Bar ID# 024791996 | Attorney Fees | 1,700.00 |

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the Debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Ally Financial | 2013 Chevrolet Malibut 42000 miles | 1,225.37 | 0.00 | 1,225.37 | 0.00 |
| Pleasantville City Sewage | 644 Cresson Avenue Pleasantville, NJ 08232 Atlantic County | 255.02 | 0.00 | 255.02 | 0.00 |

### b. Modification

1.) The Debtor values collateral as indicated below. If the claim may be modified under Section

1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| Select Portfolio Servicing | Principal Residence | $42,769.00 | $90,000.00 | $178,789.24 | 0.00 | | 0.00 |
| NJ Housing & Mortgage | Principal Residence | $42,769.00 | $90,000.00 | $178,789.24 | 0.00 | | 0.00 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### c. Surrender
Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| -NONE- | | | |

### d. Secured Claims Unaffected by the Plan

The following secured claims are unaffected by the Plan:

| Creditor |
|---|
| |

### e. Secured Claims to be paid in full through the Plan

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| | | |

## Part 5: Unsecured Claims

a. **Not separately classified** Allowed non-priority unsecured claims shall be paid:

    _____ Not less than $____ to be distributed *pro rata*

    __x__ Not less than _0_ percent

    _____ *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured** Claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| -NONE- | | | |

### Part 6: Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| -NONE- | | |

### Part 7: Motions

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| Select Portfolio Servicing, Inc. | 644 Cresson Avenue Pleasantville, NJ 08232 | 100% |
| New Jersey Housing and Mortgage Finance Agency | 644 Cresson Avenue Pleasantville, NJ 08232 | 100% |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| -NONE- | | | |

### Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**
   ☑ Upon Confirmation
   ☐ Upon Discharge

### b. Payment Notices

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

### c. Order of Distribution

The Trustee shall pay allowed claims in the following order:
1) Trustee Commissions
2) Other Administrative Claims
3) Secured Claims
4) Lease Arrearages
5) Priority Claims
6) General Unsecured Claims

### d. Post-petition claims

The Trustee ☑ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification

If this plan modifies a plan previously filed in this case, complete the information below.
Date of Plan being modified: _____

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified |
|---|---|
| Motion to strip off 2nd and 3rd mortgages was originally listed under paragraph 7(a) rather than paragraph 7(b) | Modified paragraph 7(a) and 7(b) to properly disclose motion to reclassify 2nd and 3rd mortgages from secured to completely unsecured |

Are Schedules I and J being filed simultaneously with this modified Plan?    ☐ Yes    ☑ No

## Part 10: Sign Here

The debtor(s) and the attorney for the debtor (if any) must sign this Plan.

Date   August 3, 2017          /s/ Robert A. Loefflad NJ Bar ID#
                               Robert A. Loefflad NJ Bar ID# 024791996
                               Attorney for the Debtor

I certify under penalty of perjury that the foregoing is true and correct.

Date:  August 3, 2017          /s/ William K. Stanley
                               William K. Stanley
                               Debtor

Date:  August 3, 2017          /s/ Ella D. Stanley
                               Ella D. Stanley
                               Joint Debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-23648-ABA
William K Stanley                                                       Chapter 13
Ella D. Stanley
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2            Date Rcvd: Aug 04, 2017
                              Form ID: pdf901          Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2017.
```
db/jdb        +William K Stanley,   Ella D. Stanley,    644 Cresson Avenue,    Pleasantville, NJ 08232-4312
cr            +Wilmington Savings Fund Society, FSB,    Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
516961284     +ACAR Leasing LTD,   PO Box 183853,    Arlington, TX 76096-3853
516920034      APG Bariatrics,   c/o Atlanticare Physician Group,    PO Box 786061,
                Philadelphia, PA 19178-6061
516920039     ++AVEE LABORATORIES,    PO BOX 654088,   DALLAS TX 75265-4088
               (address filed with court: Avee Laboratories, Inc.,     PO Box 123132, Dept. 3132,
                Dallas, TX 75312-3132)
516920031     +Alltran Financial, LP,   PO Box 610,    Sauk Rapids, MN 56379-0610
516920035     +Asset Maximization Group, Inc.,    PO Box 190191,    South Richmond Hill, NY 11419-0191
516920037     +Atlantic County Animal Shelter,    240 Old Turnpike Road,    Pleasantville, NJ 08232-2545
516920038      Atlantic Gastroenterology Associates,    3205 Fire Road,    Egg Harbor Township, NJ 08234-5884
516920040      Capital One Bank,   Post Office Box 30285,    Salt Lake City, UT 84130-0285
516920043     +City of Pleasantville,    PO Box 1016,   Voorhees, NJ 08043-7016
516920044     +Client Services,   3451 Harry S. Truman Boulevard,    Saint Charles, MO 63301-9816
516920046      Comenity Bank,   Bankruptcy Department,    PO Box 182125,    Columbus, OH 43218-2125
516920048     #+Convergent Outsourcing, Inc.,    10750 Hammerly Boulevard, #200,    Houston, TX 77043-2317
516920050     +Curexa Pharmacy,   3007 Ocean Heights Avenue,    Egg Harbor Township, NJ 08234-7749
516920051     +David A. Faloni, Esquire,    Law Offices of Faloni & Associates, LLC,    PO Box 1285,
                Caldwell, NJ 07007-1285
516920054     +Enhanced Recovery Company,    PO Box 57547,   Jacksonville, FL 32241-7547
516920055      First Premier Bank,    Post Office Box 5519,   Sioux Falls, SD 57117-5519
516920058      GM Financial,   PO Box 181145,    Arlington, TX 76096-1145
516920059     +GM Financial Leasing,    PO Box 100,   Williamsville, NY 14231-0100
516920057     +Ginny’s Inc.,   1515 South 21st Street,    Clinton, IA 52732-6676
516920061      K. Jordan,   PO Box 2809,    Monroe, WI 53566-8009
516920063      Masseys,   Post Office Box 2822,    Monroe, WI 53566-8022
516920066      Midnight Velvet,   1112 7th Avenue,    Monroe, WI 53566-1364
516920067      Monroe and Main,   1112 7th Avenue,    Monroe, WI 53566-1364
516920069      New Jersey American Water,    PO Box 371331,   Pittsburgh, PA 15250-7331
516920070      New Jersey Housing and Mortgage,    Finance Agency,    637 S. Clinton Avenue, PO Box 18550,
                Trenton, NJ 08650-2085
516920072     +Pleasantville City Sewage,    18 N. First Street,    Pleasantville, NJ 08232-2647
516920073      Premier Bankcard, LLC,    c/o Rushmore Service Center,    PO Box 5508,
                Sioux Falls, SD 57117-5508
516920074     +Select Portfolio Servicing, Inc.,    Attn: Bankruptcy Department,    PO Box 65250,
                Salt Lake City, UT 84165-0250
516920075     +South Jersey Gas Company,    PO Box 577,   Hammonton, NJ 08037-0577
516920076     +Swiss Colony/Montgomery,    1515 South 21st Street,    Clinton, IA 52732-6676
516920077     +Synergy Medical Laboratories,    c/o Laboratory Billing Solutions,
                195 New Hampshire Avenue, Suite 150,    Portsmouth, NH 03801-7836
516920078     +The Danbury Mint,    47 Richards Avenue,   Norwalk, CT 06857-0001
516920079      The L Card by Lendup,    Customer Service,   PO Box 31535,    Tampa, FL 33631-3535

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 04 2017 22:56:21      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 04 2017 22:56:16      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
lm             E-mail/Text: bankruptcy.bnc@ditech.com Aug 04 2017 22:55:59      Ditech,   PO Box 6154,
                Rapid City, SD 57709-6154
516969129      E-mail/Text: ally@ebn.phinsolutions.com Aug 04 2017 22:55:00      Ally Financial,
                PO Box 130424,   Roseville MN 55113-0004
516920032     +E-mail/Text: ally@ebn.phinsolutions.com Aug 04 2017 22:55:00      Ally Financial,
                Post Office Box 380901,    Minneapolis, MN 55438-0901
516947636     +E-mail/Text: csc.bankruptcy@amwater.com Aug 04 2017 22:57:11      American Water,   PO Box 578,
                Alton, IL 62002-0578
516920036      E-mail/Text: bankruptcy@pepcoholdings.com Aug 04 2017 22:55:58
                Atlantic City Electric Company,    Pepco Holdings, Inc.,
                Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                Carneys Point, NJ  08069-3600
516920042     +E-mail/Text: bkr@cardworks.com Aug 04 2017 22:54:58      Carson Smithfield,   PO Box 9216,
                Old Bethpage, NY 11804-9016
516920045     +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Aug 04 2017 22:56:51       Comcast,
                1701 JFK Boulevard,   Philadelphia, PA 19103-2899
516920049      E-mail/PDF: creditonebknotifications@resurgent.com Aug 04 2017 22:51:39      Credit One Bank,
                PO Box 98873,   Las Vegas, NV 89193-8873
516920052      E-mail/Text: Bankruptcy.Consumer@dish.com Aug 04 2017 22:56:14      Dish Network,
                Post Office Box 94063,    Palatine, IL 60094-4063
516920053     +E-mail/Text: bankruptcy.bnc@ditech.com Aug 04 2017 22:55:59      Ditech Financial, LLC,
                Ditech Bankruptcy Department,    PO Box 6154,   Rapid City, SD 57709-6154
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Aug 04, 2017
                              Form ID: pdf901          Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516920060       E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 04 2017 22:56:31     Jefferson Capital System,
                 16 McLeland Road,    Saint Cloud, MN 56303
516920062      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 04 2017 22:51:43      LVNV Funding, LLC,
                 PO Box 10497,    Greenville, SC 29603-0497
516920064       E-mail/Text: bkr@cardworks.com Aug 04 2017 22:54:58     Merrick Bank,    P.O. Box 9201,
                 Old Bethpage, NY 11804-9001
516920065      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 04 2017 22:56:15     Midland Funding, LLC,
                 PO Box 60578,    Los Angeles, CA 90060-0578
516981021       E-mail/PDF: cbp@onemainfinancial.com Aug 04 2017 22:51:21     ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
516920071       E-mail/PDF: cbp@onemainfinancial.com Aug 04 2017 22:51:36     OneMain Financial,
                 Bankruptcy Department,    Post Office Box 6042,    Sioux Falls, SD 57117-6042
516920080      +E-mail/Text: bnc-bluestem@quantum3group.com Aug 04 2017 22:56:54     Webbank/Fingerhut,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 19

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516920033*     +Ally Financial,    Post Office Box 380901,    Minneapolis, MN 55438-0901
516920041*      Capital One Bank,    Post Office Box 30285,    Salt Lake City, UT 84130-0285
516920047*      Comenity Bank,    Bankruptcy Department,    PO Box 182125,    Columbus, OH 43218-2125
516920056*      First Premier Bank,    Post Office Box 5519,    Sioux Falls, SD 57117-5519
516920068*      Monroe and Main,    1112 7th Avenue,    Monroe, WI 53566-1364
                                                                                TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2017 at the address(es) listed below:
```
              Brian C. Nicholas    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
               2005-7 bnicholas@kmllawgroup.com,     bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
               2005-7 dcarlon@kmllawgroup.com,     bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Justin Plean    on behalf of Creditor    Wilmington Savings Fund Society, FSB bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Robert A. Loefflad    on behalf of Debtor William K Stanley rloefflad@ffhlaw.com,     ghuie@ffhlaw.com
              Robert A. Loefflad    on behalf of Joint Debtor Ella D. Stanley rloefflad@ffhlaw.com,
               ghuie@ffhlaw.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```