UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Robert A. Loefflad, Esquire
NJ Bar ID# 024791996
Ford, Flower, Hasbrouck & Loefflad
Post Office Box 405
Linwood, New Jersey 08221
Tel (609) 653-1500

Order Filed on October 31, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

William K. Stanley and Ella D. Stanley

Case No.: 17-23648

Chapter: 13

Judge: ABA

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 31, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____7/20/2017_____ :

Property: 644 Cresson Avenue, Pleasantville, New Jersey 08232

Creditor: Carrington Mortgage Services, Inc, (as assignee of Ditech)

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____1/18/2018_____.

The Loss Mitigation Period is terminated, effective _____.

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:
William K Stanley
Ella D. Stanley
    Debtors

Case No. 17-23648-ABA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Oct 31, 2017
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2017.
db/jdb          +William K Stanley,    Ella D. Stanley,    644 Cresson Avenue,    Pleasantville, NJ 08232-4312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2017 at the address(es) listed below:
            Brian C. Nicholas    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
             AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
             2005-7 bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
            Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
             AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
             2005-7 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
            Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
            Justin Plean    on behalf of Creditor    Wilmington Savings Fund Society, FSB bkyecf@rasflaw.com,
             bkyecf@rasflaw.com;ras@ecf.courtdrive.com
            Laura M. Egerman    on behalf of Creditor    Wilmington Savings Fund Society, FSB
             bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
            Robert A. Loefflad    on behalf of Debtor William K Stanley rloefflad@ffhlaw.com,    ghuie@ffhlaw.com
            Robert A. Loefflad    on behalf of Joint Debtor Ella D. Stanley rloefflad@ffhlaw.com,
             ghuie@ffhlaw.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                               TOTAL: 8