UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Robert A. Loefflad, Esquire
NJ Bar ID# 024791996
Ford, Flower, Hasbrouck & Loefflad
Post Office Box 405
Linwood, New Jersey 08221
Tel (609) 653-1500
Fax (609) 653-8887

Order Filed on November 3, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
William K. Stanley and Ella D. Stanley

Case No.: 17-23648
Chapter: 13
Judge: ABA

## ORDER AUTHORIZING RETENTION OF

Lawrence A. Mintz, Esquire

The relief set forth on the following page is **ORDERED**.

**DATED: November 3, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain ___Lawrence A. Mintz, Esquire___

as ___Special Counsel - Workers Comp.___, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: Goldenberg, Mackler, et al.
   1030 Atlantic Avenue
   Atlantic City, NJ 08401

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2