# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

Robert A. Loefflad, Esquire
NJ Bar ID# 024791996
FORD, FLOWER, HASBROUCK & LOEFFLAD
Post Office Box 405
Linwood, New Jersey 08221
Tel (609) 653-1500
Fax (609) 653-8887

**Order Filed on March 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

WILLIAM K. STANLEY and ELLA D. STANLEY

Debtor.

Case No.: 17-23648

Adv. No.:

Hearing Date:

Judge: Andrew B. Altenburg, Jr., USBJ

## ORDER APPROVING LOAN MODIFICATION

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED**.

**DATED: March 8, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

FORD, FLOWER, HASBROUCK & LOEFFLAD • *Attorneys at Law*
Linwood, New Jersey 08221

**In re William K. Stanley and Ella D. Stanley**
**Bankruptcy Case No. 17-23648**
**ORDER APPROVING MORTGAGE LOAN MODIFICATION**
**PAGE 2**

---

Upon the Motion of Robert A. Loefflad, Esquire, of the Law Firm of Ford, Flower, Hasbrouck & Loefflad, attorneys for the Debtors, William K. Stanley and Ella D. Stanley, it is hereby ORDERED that:

1. The Debtor is hereby granted authority to enter into a mortgage loan modification with The Bank of New York Mellon, f/k/a The Bank of New York as Trustee for Registered Holders of CWABS, Inc., Asset Backed Certificates, Series 2005-7 (the "Mortgage Lender") and Carrington Mortgage Services, LLC, (the "Mortgage Servicer") pursuant to the terms set forth in the Loan Modification Agreement attached to the moving papers. Said mortgage loan shall continue to be secured by the debtor's principal residence located at 644 Cresson Avenue, Pleasantville, New Jersey 08232.

2. Within twenty (20) days of this Order, the Debtor shall file a modified chapter 13 plan and amended Schedule J.

3. Fed. R. Bankr. P. 6004(h), which provides for a 14 day stay of this order shall not be applicable to this order.

4. In the event that the Loan Modification Agreement is completed and the pre-petition arrears are capitalized into the loan, the mortgage lender and/or mortgage servicer shall withdraw its Proof of Claim without prejudice or amend the arrearage portion of its proof of claim to zero within thirty (30) days of completion of the loan modification; and

In re William K. Stanley and Ella D. Stanley
Bankruptcy Case No. 17-23648
ORDER APPROVING MORTGAGE LOAN MODIFICATION
PAGE 3

---

5. The Chapter 13 Trustee shall suspend disbursements to the mortgage lender and/or mortgage servicer pending completion of the loan modification and all money that would otherwise be paid to such creditor shall be held until the claim is withdrawn or amended or the Trustee is notified by such creditor that the modification was not consummated; and,

6. In the event the modification is not consummated, the mortgage lender and/or mortgage servicer shall notify the Trustee and Debtor's attorney of same. Any money that was held by the Trustee pending the completion of the modification shall be paid to such mortgage lender and/or mortgage servicer; and,

7. In the event the Proof of Claim is withdrawn or amended, the Trustee may disburse the funds being held pursuant to this Order to other creditors in accordance with the provisions of the confirmed plan.