UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Robert A. Loefflad, Esquire
NJ Bar ID# 024791996
Ford, Flower, Hasbrouck & Loefflad
Post Office Box 405
Linwood, New Jersey 08221
Tel (609) 653-1500
Fax (609) 653-8887

Order Filed on April 12, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

William K. Stanley and Ella D. Stanley

Case No.: 17-23648

Chapter: 13

Judge: ABA

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: April 12, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case 17-23648-ABA Doc 53-5 Filed 04/12/18 Entered 04/12/18 15:34:25 Desc Proposed Order Page 2 of 2

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Robert A. Loefflad_____, the applicant, is allowed a fee of $_____2,000.00_____ for services rendered and expenses in the amount of $_____119.60_____ for a total of $_____2,119.60_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____*_____ per month for _____*_____ months to allow for payment of the above fee.

   * To be determined at final confirmation.

*rev.8/1/15*

2