| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>CGG 18-021730<br>Shapiro & DeNardo, LLC<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856)793-3080<br>Chandra M. Arkema - 029552006<br>Krystin M. Kane - 171402015<br>Katherine Knowlton Lopez - 013502011<br>Charles G. Wohlrab - 016592012<br>ATTORNEYS FOR THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-7 |
|---|
| IN RE:<br><br>**William K Stanley and Ella D. Stanley** ,<br><br>DEBTOR |

Order Filed on May 29, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

CASE NO.: 17-23648

CHAPTER 13

JUDGE: HONORABLE Andrew B. Altenburg Jr.

**CONSENT ORDER ALLOWING FILING OF PROOF OF CLAIM AFTER BAR DATE**
The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: May 29, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the application of THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-7, to file a Proof of Claim after the Rule 3002(c) bar date, and for cause shown, it is

**ORDERED** that THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-7, is granted leave to file a Proof of Claim in substantially the form set forth as Exhibit "A" to THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-7 Application.

**IT IS FURTHER ORDERED** that Debtor retains any and all rights to object to the validity of the Proof of Claim under 11 U.S.C. §502(b) and any other relevant provisions.

The applicant, THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-7, shall serve this Order on the debtor, any trustee and any other party who entered an appearance on this application.

We hereby consent to the form, content,
and entry of the within Order.

Shapiro & DeNardo, LLC

_____    Date: 5-15-18
CHARLES G. WOHLRAB
Attorney for the Secured Creditor

_____    Date: 5/12/2018
ROBERT A. LOEFFLAD
Attorney for the Debtor