Form: ICB-12001-01 rev. 01

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in compliance with D.N.J. LBR 9004-2(c)**

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ  08002-2977

**Order Filed on July 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re:<br><br>    William K. Stanley<br>    Ella D. Stanley<br><br><div align=right>Debtor(s)</div> | Case No.:        17-23648 (ABA)<br><br>Hearing Date:    07/25/2018<br><br>Judge:        Andrew B. Altenburg, Jr. |

**ORDER CONFIRMING CHAPTER 13 PLAN**

The relief set forth on the following pages, numbered two(2) through four(4) is hereby

**ORDERED**.

**DATED: July 26, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2 of 4
Debtor: William K. Stanley and Ella D. Stanley
Case No.: 17-23648 (ABA)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

The plan of the debtor having been proposed to the creditor, and a hearing having been held

on the Confirmation of such Plan, and it appearing that the applicable provision of the

Bankruptcy Code have been complied with; and for good cause shown, it is

**ORDERED** that the plan of the above named debtor, dated 07/05/2017, or the last amended plan

of the debtor be and it is hereby confirmed.  The Standing Trustee shall make payments in

accordance with 11 U.S.C. § 1326 with funds received from the debtor; and it is further

**ORDERED** that the debtor shall pay the Standing Trustee, Isabel C. Balboa, the sum of  $132.00

**for a period of 39 months** beginning immediately, which payment shall include commission

and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586, together with

$1,300.00 paid to date.

**ORDERED** that the debtor's attorney be and hereby is allowed a fee of $2,890.00.  The unpaid

balance of the allowed fee in the amount of $1,700.00 plus costs of $0.00 shall be paid to said

attorney through the Chapter 13 plan by the Standing Trustee.

Page 3 of 4
Debtor: William K. Stanley and Ella D. Stanley
Case No.: 17-23648 (ABA)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

_____

**ORDERED** that if the debtor should fail to make plan payments for a period of more than 30

days, the Standing Trustee may file, with the Court and served upon the Debtor and Debtor's

Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be

dismissed.  The debtor shall have fourteen days within which to file with the Court and serve

upon the Trustee a written objection to such Certification.

**ORDERED** that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13

Standing Trustee may submit an Amended Order Confirming Plan upon notice to the debtor(s),

debtor(s)' attorney and any other party filing a Notice of Appearance.

**ORDERED** that the debtor's Motion to Void Liens and Reclassify Claims from Secured to

Unsecured be and hereby is granted.  The following claims shall be reclassified as unsecured and

liens voided upon completion of the debtor's plan:

   Select Portfolio Servicing 2nd mortgage & N.J. Housing & Mortgage Finance 3rd

   mortgage avoid & reclassify

**ORDERED** that the debtor consents to pay secured claims as filed, with reservation of rights to

challenge the claims.

Page 4 of 4

Debtor: William K. Stanley and Ella D. Stanley

Case No.: 17-23648 (ABA)

Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

**ORDERED** as follows:

Pursuant to debtor's Chapter 13 Plan as last amended, the secured claim of Carrington

Mortgage will be paid outside of the Chapter 13 Plan pursuant to a loan modification

agreement. The Standing Trustee shall make no payments to Carrington Mortgage on

account of pre-petition arrears set forth in the proof of claim dated May 18, 2018. Total

plan length of 51 months.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-23648-ABA
William K Stanley                                                         Chapter 13
Ella D. Stanley
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin           Page 1 of 1              Date Rcvd: Jul 27, 2018
                               Form ID: pdf903       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2018.
db/jdb        +William K Stanley,    Ella D. Stanley,   644 Cresson Avenue,   Pleasantville, NJ 08232-4312
aty           +Lawrence A. Mintz,    1030 Atlantic Ave.,   Atlantic City, NJ 08401-7427

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2018 at the address(es) listed below:
          Brian C. Nicholas    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
           2005-7 bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Charles G. Wohlrab    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
           2005-7 cwohlrab@logs.com,   njbankruptcynotifications@logs.com
          Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
           2005-7 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          Justin Plean    on behalf of Creditor    Wilmington Savings Fund Society, FSB bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          Laura M. Egerman    on behalf of Creditor    Wilmington Savings Fund Society, FSB
           bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com
          Robert A. Loefflad    on behalf of Joint Debtor Ella D. Stanley rloefflad@ffhlaw.com,
           ghuie@ffhlaw.com
          Robert A. Loefflad    on behalf of Debtor William K Stanley rloefflad@ffhlaw.com,   ghuie@ffhlaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 10