UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

48217
Morton & Craig LLC
William E. Craig, Esquire
110 Marter Ave., Suite 301
Moorestown, NJ 08057
Attorney for Ally Financial

In Re:

WILLIAM K. STANLEY
ELLA D. STANLEY



Order Filed on April 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case number: 17-23648

Hearing Date: 2-19-19

Judge: (ABA)

# ORDER FOR ARREARAGE CURE, REGULAR MONTHLY PAYMENTS, INSURANCE, COUNSEL FEES, AND STAY RELIEF AND CO-DEBTOR RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on page number two (2) through three (3) is hereby **ORDERED**.

**DATED: April 22, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtor(s): William and Ella Stanley

Case No: 17-23648

Caption of Order: Order for arrearage cure, regular monthly payments, insurance, counsel fees, and stay relief and co-debtor relief under certain circumstances

This matter having brought before this Court on a Motion For Stay Relief And Co-Debtor Relief filed by John R. Morton, Jr., Esq., attorney for Ally Financial, with the appearance of Robert A. Loefflad, Esq. on behalf of the debtor, and this Order having been filed with the Court and served upon the debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. **That Ally Financial ("Ally") is the holder of a first purchase money security interest encumbering a 2015 Chevrolet Cruze bearing vehicle identification number 1G1PA5SG3F7108270.**
2. **That the debtors' account has post-petition arrears through February 2019 in the amount of $845.00.**
3. **That the debtor is to cure the arrearage set forth in paragraph two (2) above by making their regular monthly payment of $335.44 plus an additional $140.83 (total monthly payment of $476.27) for the months of March through August 2019.**
4. **That commencing March 2019, if the debtors fail to make any monthly payment to Ally within thirty (30) days after each payment falls due, Ally shall be entitled to stay relief and co-debtor relief as to the co-debtor Nicole Stanley upon filing a certification of default with the Court and serving it on the debtors and their attorney.**
5. **That the debtors must maintain insurance on the vehicle. The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each. Ally Financial must be listed as loss payee. If the debtors fail to maintain valid insurance on the vehicle, Ally shall be entitled to stay relief and co-debtor relief as to the co-debtor Nicole Stanley upon filing a certification that insurance has lapsed and serving such certification on the debtors and their attorney.**

**(Page 3)**

Debtor(s): William and Ella Stanley

Case No: 17-23648

Caption of Order: Order for arrearage cure, regular monthly payments, insurance, counsel fees, and stay relief and co-debtor relief under certain circumstances

6. **That the debtors are to pay Ally Financial a counsel fee of $531.00 through their Chapter 13 bankruptcy plan.**