Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                              Case No.:  17−23648−ABA
                              Chapter:  13
                              Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William K Stanley                                        Ella D. Stanley
   644 Cresson Avenue                                 644 Cresson Avenue
   Pleasantville, NJ 08232                             Pleasantville, NJ 08232

Social Security No.:
   xxx−xx−1266                                                  xxx−xx−2778

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
     Debtor and Joint Debtor was entered on August 27, 2020.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 27, 2020
JAN: bc

                                                                                Jeanne Naughton
                                                                                Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                    Case No. 17-23648-ABA
William K Stanley                                         Chapter 13
Ella D. Stanley
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                Page 1 of 3              Date Rcvd: Aug 27, 2020
                              Form ID: 148               Total Noticed: 77


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2020.
db/jdb         +William K Stanley,   Ella D. Stanley,   644 Cresson Avenue,   Pleasantville, NJ 08232-4312
aty            +Lawrence A. Mintz,   1030 Atlantic Ave.,   Atlantic City, NJ 08401-7427
lm              Ditech,   PO Box 6154,   Rapid City, SD  57709-6154
cr             +Wilmington Savings Fund Society, FSB,   Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
516961284      +ACAR Leasing LTD,   PO Box 183853,   Arlington, TX 76096-3853
516920034       APG Bariatrics,   c/o Atlanticare Physician Group,   PO Box 786061,
                 Philadelphia, PA 19178-6061
516920039     ++AVEE LABORATORIES,   PO BOX 654088,   DALLAS TX 75265-4088
                (address filed with court: Avee Laboratories, Inc.,   PO Box 123132, Dept. 3132,
                 Dallas, TX 75312-3132)
516920031      #+Alltran Financial, LP,   PO Box 610,   Sauk Rapids, MN 56379-0610
517985144      +Ally Financial,   John R. Morton, Jr.,   Morton & Craig, LLC,   110 Marter Avenue, Suite 301,
                 Moorestown, NJ 08057-3125
516920035      +Asset Maximization Group, Inc.,   PO Box 190191,   South Richmond Hill, NY 11419-0191
516920037      +Atlantic County Animal Shelter,   240 Old Turnpike Road,   Pleasantville, NJ 08232-2545
516920038       Atlantic Gastroenterology Associates,   3205 Fire Road,   Egg Harbor Township, NJ 08234-5884
516920043      +City of Pleasantville,   PO Box 1016,   Voorhees, NJ 08043-7016
516920050      +Curexa Pharmacy,   3007 Ocean Heights Avenue,   Egg Harbor Township, NJ 08234-7749
516920051      +David A. Faloni, Esquire,   Law Offices of Faloni & Associates, LLC,   PO Box 1285,
                 Caldwell, NJ 07007-1285
516920053      +Ditech Financial, LLC,   Ditech Bankruptcy Department,   PO Box 6154,
                 Rapid City, SD 57709-6154
516920059      +GM Financial Leasing,   PO Box 100,   Williamsville, NY 14231-0100
516920069       New Jersey American Water,   PO Box 371331,   Pittsburgh, PA 15250-7331
516920070       New Jersey Housing and Mortgage,   Finance Agency,   637 S. Clinton Avenue, PO Box 18550,
                 Trenton, NJ 08650-2085
516920072      +Pleasantville City Sewage,   18 N. First Street,   Pleasantville, NJ 08232-2647
517629859      +Pleasantville City Sewage,   City of Pleasantville Tax Collector,   18 North First Street,
                 Pleasantville, NJ 08232-2647
516920073       Premier Bankcard, LLC,   c/o Rushmore Service Center,   PO Box 5508,
                 Sioux Falls, SD 57117-5508
516920075      +South Jersey Gas Company,   PO Box 577,   Hammonton, NJ 08037-0577
516920077      +Synergy Medical Laboratories,   c/o Laboratory Billing Solutions,
                 195 New Hampshire Avenue, Suite 150,   Portsmouth, NH 03801-7836
516920078      +The Danbury Mint,   47 Richards Avenue,   Norwalk, CT 06857-0001
516920079       The L Card by Lendup,   Customer Service,   PO Box 31535,   Tampa, FL 33631-3535
517168822       Wilmington Savings Fund Society,   Remittance Processing P.O.,   Box 65450 Salt Lake City Ut,
                 84165-0450

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 28 2020 00:08:30     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 28 2020 00:08:27     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516969129       EDI: GMACFS.COM Aug 28 2020 03:33:00     Ally Financial,   PO Box 130424,
                 Roseville MN 55113-0004
516920032      +EDI: GMACFS.COM Aug 28 2020 03:33:00     Ally Financial,   Post Office Box 380901,
                 Minneapolis, MN 55438-0901
516947636      +E-mail/Text: csc.bankruptcy@amwater.com Aug 28 2020 00:08:59     American Water,   PO Box 578,
                 Alton, IL 62002-0578
516920036       E-mail/Text: bankruptcy@pepcoholdings.com Aug 28 2020 00:08:09
                 Atlantic City Electric Company,   Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,   5 Collins Drive, Suite 2133,
                 Carneys Point, NJ  08069-3600
516920040       EDI: CAPITALONE.COM Aug 28 2020 03:33:00     Capital One Bank,   Post Office Box 30285,
                 Salt Lake City, UT 84130-0285
516920042      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Aug 28 2020 00:14:44     Carson Smithfield,
                 PO Box 9216,   Old Bethpage, NY 11804-9016
516920044     ++E-mail/Text: mediamanagers@clientservices.com Aug 28 2020 00:07:43     Client Services,
                 3451 Harry S. Truman Boulevard,   Saint Charles, MO 63301-9816
516920045      +EDI: COMCASTCBLCENT Aug 28 2020 03:33:00     Comcast,   1701 JFK Boulevard,
                 Philadelphia, PA 19103-2899
516920046       EDI: WFNNB.COM Aug 28 2020 03:33:00     Comenity Bank,   Bankruptcy Department,   PO Box 182125,
                 Columbus, OH 43218-2125
516920048      +EDI: CONVERGENT.COM Aug 28 2020 03:33:00     Convergent Outsourcing, Inc.,
                 10750 Hammerly Boulevard, #200,   Houston, TX 77043-2317
516920049       E-mail/PDF: creditonebknotifications@resurgent.com Aug 28 2020 00:13:30     Credit One Bank,
                 PO Box 98873,   Las Vegas, NV 89193-8873
516920052       EDI: ESSL.COM Aug 28 2020 03:33:00     Dish Network,   Post Office Box 94063,
                 Palatine, IL 60094-4063
```

```
District/off: 0312-1           User: admin                  Page 2 of 3                   Date Rcvd: Aug 27, 2020
                               Form ID: 148                 Total Noticed: 77


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516920054      +E-mail/Text: bknotice@ercbpo.com Aug 28 2020 00:08:32      Enhanced Recovery Company,
                 PO Box 57547,   Jacksonville, FL 32241-7547
516920055       EDI: AMINFOFP.COM Aug 28 2020 03:33:00      First Premier Bank,   Post Office Box 5519,
                 Sioux Falls, SD 57117-5519
516920058       EDI: PHINAMERI.COM Aug 28 2020 03:33:00      GM Financial,   PO Box 181145,
                 Arlington, TX 76096-1145
516989224      +EDI: CBS7AVE Aug 28 2020 03:33:00      Ginny's,    c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,   Dallas, TX 75380-0849
516920057      +EDI: CBS7AVE Aug 28 2020 03:33:00      Ginny's Inc.,   1515 South 21st Street,
                 Clinton, IA 52732-6676
516920060       EDI: JEFFERSONCAP.COM Aug 28 2020 03:33:00      Jefferson Capital System,   16 McLeland Road,
                 Saint Cloud, MN 56303
517092435       EDI: JEFFERSONCAP.COM Aug 28 2020 03:33:00      Jefferson Capital Systems LLC,   Po Box 7999,
                 Saint Cloud Mn 56302-9617
516995603      +EDI: CBSMASON Aug 28 2020 03:33:00      K. Jordan,    c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,   Dallas, TX 75380-0849
516920061       EDI: CBSMASON Aug 28 2020 03:33:00      K. Jordan,   PO Box 2809,   Monroe, WI 53566-8009
516920062      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 28 2020 00:14:17      LVNV Funding, LLC,
                 PO Box 10497,   Greenville, SC 29603-0497
517085040       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 28 2020 00:13:36
                 LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517085199       E-mail/PDF: MerrickBKNotifications@Resurgent.com Aug 28 2020 00:14:01      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
517132089      +EDI: MID8.COM Aug 28 2020 03:33:00      MIDLAND FUNDING LLC,   PO BOX 2011,
                 WARREN, MI 48090-2011
516989222      +EDI: CBSMASON Aug 28 2020 03:33:00      Mason,    c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,   Dallas, TX 75380-0849
516995602      +EDI: CBSMASON Aug 28 2020 03:33:00      Massey's,    c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,   Dallas, TX 75380-0849
516920063       EDI: CBSMASON Aug 28 2020 03:33:00      Masseys,   Post Office Box 2822,   Monroe, WI 53566-8022
516920064       E-mail/PDF: MerrickBKNotifications@Resurgent.com Aug 28 2020 00:14:01      Merrick Bank,
                 P.O. Box 9201,   Old Bethpage, NY 11804-9001
516920065      +EDI: MID8.COM Aug 28 2020 03:33:00      Midland Funding, LLC,   PO Box 60578,
                 Los Angeles, CA 90060-0578
516920066       EDI: CBS7AVE Aug 28 2020 03:33:00      Midnight Velvet,   1112 7th Avenue,
                 Monroe, WI 53566-1364
516989220      +EDI: CBS7AVE Aug 28 2020 03:33:00      Monroe & Main,    c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,   Dallas, TX 75380-0849
516920067       EDI: CBS7AVE Aug 28 2020 03:33:00      Monroe and Main,   1112 7th Avenue,
                 Monroe, WI 53566-1364
516989227      +EDI: CBS7AVE Aug 28 2020 03:33:00      Montgomery Ward,    c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,   Dallas, TX 75380-0849
516981021       EDI: AGFINANCE.COM Aug 28 2020 03:33:00      ONEMAIN,   P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
516920071       EDI: AGFINANCE.COM Aug 28 2020 03:33:00      OneMain Financial,   Bankruptcy Department,
                 Post Office Box 6042,   Sioux Falls, SD 57117-6042
517323276       EDI: PRA.COM Aug 28 2020 03:33:00      Portfolio Recovery Associates, LLC,   PO Box 41067,
                 Norfolk, VA 23541
517323277       EDI: PRA.COM Aug 28 2020 03:33:00      Portfolio Recovery Associates, LLC,   PO Box 41067,
                 Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541
517107422       EDI: PRA.COM Aug 28 2020 03:33:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.a.,    POB 41067,   Norfolk VA 23541
517106663       EDI: PRA.COM Aug 28 2020 03:33:00      Portfolio Recovery Associates, LLC,
                 c/o Rcs Direct Marketing/Orchard Bank,    POB 41067,   Norfolk VA 23541
517092861      +EDI: JEFFERSONCAP.COM Aug 28 2020 03:33:00      Premier Bankcard LLC,
                 Jefferson Capital Systems LLC Assignee,    PO Box 7999,   St Cloud MN 56302-7999
517117546       EDI: Q3G.COM Aug 28 2020 03:33:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
516920074      +E-mail/Text: jennifer.chacon@spservicing.com Aug 28 2020 00:09:03
                 Select Portfolio Servicing, Inc.,    Attn: Bankruptcy Department,   PO Box 65250,
                 Salt Lake City, UT 84165-0250
516995601      +EDI: CBSMASON Aug 28 2020 03:33:00      Stoneberry,    c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,   Dallas, TX 75380-0849
516920076      +EDI: CBS7AVE Aug 28 2020 03:33:00      Swiss Colony/Montgomery,   1515 South 21st Street,
                 Clinton, IA 52732-6676
517539345      +E-mail/Text: BKBCNMAIL@carringtonms.com Aug 28 2020 00:07:44
                 THE BANK OF NEW YORK MELLON, F/K/A The Bank of New,    Carrington Mortgage Services, LLC,
                 1600 South Douglass Road, Suite 200-A,    Anaheim, California 92806-5948
517048549      +EDI: AIS.COM Aug 28 2020 03:33:00      Verizon,   by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
516920080      +EDI: BLUESTEM Aug 28 2020 03:33:00      Webbank/Fingerhut,   6250 Ridgewood Road,
                 Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 50
```

```
District/off: 0312-1               User: admin              Page 3 of 3              Date Rcvd: Aug 27, 2020
                                   Form ID: 148             Total Noticed: 77


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              Ally Financial,    PO Box 130424,    Roseville, MN 55113-0004
516920033*      +Ally Financial,    Post Office Box 380901,    Minneapolis, MN 55438-0901
516920041*       Capital One Bank,    Post Office Box 30285,    Salt Lake City, UT 84130-0285
516920047*       Comenity Bank,    Bankruptcy Department,    PO Box 182125,    Columbus, OH 43218-2125
516920056*       First Premier Bank,    Post Office Box 5519,    Sioux Falls, SD 57117-5519
516920068*       Monroe and Main,    1112 7th Avenue,    Monroe, WI 53566-1364
                                                                                   TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2020 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
               2005-7 bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
               2005-7 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Elizabeth L. Wassall    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
               2005-7 ewassall@logs.com,    njbankruptcynotifications@logs.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Justin Plean    on behalf of Creditor    Wilmington Savings Fund Society, FSB bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Laura M. Egerman    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
              Robert A. Loefflad    on behalf of Debtor William K Stanley rloefflad@ffhlaw.com,    ghuie@ffhlaw.com
              Robert A. Loefflad    on behalf of Joint Debtor Ella D. Stanley rloefflad@ffhlaw.com,
               ghuie@ffhlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11
```