Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–23648–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William K Stanley                   Ella D. Stanley
644 Cresson Avenue                  644 Cresson Avenue
Pleasantville, NJ 08232             Pleasantville, NJ 08232

Social Security No.:
  xxx–xx–1266                       xxx–xx–2778

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:         March 16, 2021
Time:         10:00 AM
Location:     Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*83* – Certification in Opposition to (related document:82 Creditor's Certification of Default (related document:64 Motion for Relief from Stay re: 2015 Chevrolet Cruze. Fee Amount $ 181. filed by Creditor Ally Financial, Motion for Relief from Co–Debtor Stay of Nicole D. Stanley, 65 Opposition filed by Debtor William K Stanley, Joint Debtor Ella D. Stanley, 69 Order on Motion For Relief From Stay, Order on Motion For Relief From Co–Debtor Stay) filed by Regina Cohen on behalf of Ally Financial. Objection deadline is 03/2/2021. (Attachments: # 1 Certification # 2 Exhibit Payment History # 3 Proposed Order # 4 Exhibit Agreed Order # 5 Certificate of Service) filed by Creditor Ally Financial) filed by Robert A. Loefflad on behalf of Ella D. Stanley, William K Stanley. (Attachments: # 1 Certificate of Service) (Loefflad, Robert)

and transact such other business as may properly come before the meeting.

Dated: February 19, 2021
JAN: lgr

                                              Jeanne Naughton
                                              Clerk