Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−23648−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William K Stanley                    Ella D. Stanley
644 Cresson Avenue                   644 Cresson Avenue
Pleasantville, NJ 08232              Pleasantville, NJ 08232

Social Security No.:
    xxx−xx−1266                          xxx−xx−2778

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:           March 16, 2021
Time:              10:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*83* − Certification in Opposition to (related document:82 Creditor's Certification of Default (related document:64 Motion for Relief from Stay re: 2015 Chevrolet Cruze. Fee Amount $ 181. filed by Creditor Ally Financial, Motion for Relief from Co−Debtor Stay of Nicole D. Stanley, 65 Opposition filed by Debtor William K Stanley, Joint Debtor Ella D. Stanley, 69 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Regina Cohen on behalf of Ally Financial. Objection deadline is 03/2/2021. (Attachments: # 1 Certification # 2 Exhibit Payment History # 3 Proposed Order # 4 Exhibit Agreed Order # 5 Certificate of Service) filed by Creditor Ally Financial) filed by Robert A. Loefflad on behalf of Ella D. Stanley, William K Stanley. (Attachments: # 1 Certificate of Service) (Loefflad, Robert)

and transact such other business as may properly come before the meeting.

Dated: February 19, 2021
JAN: lgr

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
William K Stanley  
Ella D. Stanley  
    Debtors

Case No. 17-23648-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 19, 2021 | Form ID: 173 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2021:**

**Recip ID**      **Recipient Name and Address**  
db/jdb      + William K Stanley, Ella D. Stanley, 644 Cresson Avenue, Pleasantville, NJ 08232-4312

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 21, 2021          Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2021 at the address(es) listed below:

**Name**      **Email Address**

Brian C. Nicholas  
     on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2005-7 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon  
     on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2005-7 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth L. Wassall  
     on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2005-7 ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Isabel C. Balboa

ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

John R. Morton, Jr.
on behalf of Creditor Ally Financial ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Justin Plean
on behalf of Creditor Wilmington Savings Fund Society  FSB jplean@raslg.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com

Laura M. Egerman
on behalf of Creditor Wilmington Savings Fund Society  FSB bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com

Regina Cohen
on behalf of Creditor Ally Financial rcohen@lavin-law.com  ksweeney@lavin-law.com

Robert A. Loefflad
on behalf of Joint Debtor Ella D. Stanley rloefflad@ffhlaw.com  ghuie@ffhlaw.com

Robert A. Loefflad
on behalf of Debtor William K Stanley rloefflad@ffhlaw.com  ghuie@ffhlaw.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12