UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Lavin, Cedrone, Graver, Boyd & DiSipio
1300 Route 73, Suite 307
Mt. Laurel, NJ 08054
(856) 778-5544
Attorneys for Ally Financial Inc.

Order Filed on March 16, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
WILLIAM K. STANLEY and
ELLA D. STANLEY
    Debtors
NICOLE STANLEY
    Co-Debtor

Case No.: 17-23648(ABA)
Hearing Date:
Judge: Andrew B. Altenburg Jr
Chapter: 13

Recommended Local Form   ☐ Followed   ☑ Modified

**ORDER VACATING STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 16, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of  Ally Financial Inc.                                                              , under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

Real property more fully described as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

✓ Personal property more fully described as:
2015 Chevrolet Cruze
VIN: 1G1PA5SG3F7108270

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the stay imposed by 11 U.S.C. §1301(c) as to Ally Financial Inc. is hereby terminated effective the date of this Order as to the Vehicle and Co-Debtor, Nicole Stanley.

ORDERED that this Order shall become effective immediately without regard to Bankr. R.4001(a)(3). Ally Financial Inc. may act immediately upon entry of this Order.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

2

*rev. 11/14/18*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-23648-ABA |
| William K Stanley | Chapter 13 |
| Ella D. Stanley | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 16, 2021 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William K Stanley, Ella D. Stanley, 644 Cresson Avenue, Pleasantville, NJ 08232-4312 |
| aty | + | Lawrence A. Mintz, 1030 Atlantic Ave., Atlantic City, NJ 08401-7427 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 18, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS  INC., ASSET-BACKED CERTIFICATES, SERIES 2005-7 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS  INC., ASSET-BACKED CERTIFICATES, SERIES 2005-7 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS  INC., ASSET-BACKED CERTIFICATES, SERIES 2005-7 ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 16, 2021 | Form ID: pdf903 | Total Noticed: 2 |

| | |
|---|---|
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Financial ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Justin Plean | on behalf of Creditor Wilmington Savings Fund Society  FSB jplean@raslg.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor Wilmington Savings Fund Society  FSB bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com |
| Regina Cohen | on behalf of Creditor Ally Financial rcohen@lavin-law.com  ksweeney@lavin-law.com |
| Robert A. Loefflad | on behalf of Joint Debtor Ella D. Stanley rloefflad@ffhlaw.com  ghuie@ffhlaw.com |
| Robert A. Loefflad | on behalf of Debtor William K Stanley rloefflad@ffhlaw.com  ghuie@ffhlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12