| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Lavin, Cedrone, Graver, Boyd & DiSipio<br>1300 Route 73, Suite 307<br>Mt. Laurel, NJ 08054<br>(856) 778-5544<br>Attorneys for Ally Financial Inc. | |
| In Re:<br><br>WILLIAM K. STANLEY and<br>ELLA D. STANLEY<br><br>Debtors | Case No.: 17-23648(ABA)<br><br>Adv. No.:<br><br>Chapter: 13<br><br>Hearing Date: June 29, 2021<br><br>Judge: Andrew B Altenburg Jr |

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, __Regina Cohen__,

   ☒ am the attorney for: __Ally Financial Inc.__

   ☐ am self-represented

   Phone number: (856) 778-8854

   Email address: rcohen@lavin-law.com

2. I request an adjournment of the following hearing:

   Matter: Ally Financia Inc.'s Motion for Relief from Stay

   Current hearing date and time: June 29, 2021 at 10:00 a.m.

   New date requested: August 3, 2021 at 10:00 a.m.

   Reason for adjournment request: Amended Plan filed and, if approved, Ally Financial Inc. will withdraw motion

3.     I request an adjournment of confirmation:

       Current confirmation date and time: _____

       New date requested: _____

       Reason for adjournment request: _____

       _____

       Confirmation has been adjourned _____ previous times

       Trustee payments are current through _____

       The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4.     Consent to adjournment:

       ☒ I have the consent of all parties.     ☐ I do not have the consent of all parties (explain below): Robert A. Loefflad, Esquire

_____

_____

I certify under penalty of perjury that the foregoing is true.

Date: June 25, 2021                 /s/ Regina Cohen
                                                   Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted             New hearing date: 8/3/21 at 10            ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____      ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*

2