**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

2  Valuation of Security     0  Assumption of Executory Contract or Unexpired Lease     2  Lien Avoidance

Last revised: August 1, 2020

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:  
William K. Stanley and Ella D. Stanley

Case No.: 17-23648

Judge: ABA

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original  ☒ Modified/Notice Required    Date: 6/16/2021

☐ Motions Included  ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: RAL    Initial Debtor: WKS    Initial Co-Debtor: EDS

**Part 1: Payment and Length of Plan**

a. The debtor shall pay $ __423.00__ per __month__ to the Chapter 13 Trustee, starting on __7/01/2021__ for approximately __37__ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☒ Other sources of funding (describe source, amount and date when funds are available):
$5,920.00

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

### Part 2: Adequate Protection ☐ NONE

a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

### Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 1,700.00 (Paid) |
| DOMESTIC SUPPORT OBLIGATION | | |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

## Part 4: Secured Claims

**a. Curing Default and Maintaining Payments on Principal Residence:** ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**c. Secured claims excluded from 11 U.S.C. 506:** ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments**  ☐ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| Select Porfolio Servicing | Principal Residence | $40,912.40 | $90,000.00 | $178,789.24 | 0.00 | | 0.00 |
| NJ Housing & Mortgage Finance Agency | Principal Residence | $42,769.00 | $90,000.00 | $219,701.64 | 0.00 | | 0.00 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender**  ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

The Bank of New York Mellon, f/k/a The Bank of New York as Trustee for Registered Holders of CWABS, Inc., Asset Backed Certificates, Series 2005-7 Serviced by Carrington Mortgage Services, LLC. - To be paid outside of bankruptcy pursuant to loan modification agreement approved by court (Document No. 43).

**g. Secured Claims to be Paid in Full Through the Plan:** ☐ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| Ally Financial | 2013 Chevrolet Malibu | $9,166.62 at 5% interest<br>Total Payments: $9,758.76 |

## Part 5:   Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☒ Not less than _____0_____ percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

## Part 6: Executory Contracts and Unexpired Leases ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

## Part 7: Motions ☐ NONE

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).** ☐ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☐ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| Select Portfolio Servicing, Inc. | Principal Residence | $40,912.40 | $90,000.00 | $178,789.24 | $0.00 | 100% |
| New Jersey Housing and Mortgage Finance Agency | Principal Residence | $42,769.00 | $90,000.00 | $219,701.64 | $0.00 | 100% |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Part 8: Other Plan Provisions

**a. Vesting of Property of the Estate**

☒ Upon confirmation

☐ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Other Administrative Claims
3) Secured Claims
4) Priority Claims; (5) General Unsecured Claims

d. **Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:    Modification  ☐ NONE**

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: 3/19/2018

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Debtors defaulted on post-petition, monthly installment payments on car loan with Ally Financial | Debtors propose to capitalize arrearages on car loan into the plan and to extend plan to a term of 84 months. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒ Yes    ☐ No

## Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

[X] NONE

[ ] Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 6/16/2021    /s/ William K. Stanley
                   Debtor

Date: 6/16/2021    /s/ Ella D. Stanley
                   Joint Debtor

Date: 6/16/2021    /s/ Robert A. Loefflad
                   Attorney for Debtor(s)

United States Bankruptcy Court

District of New Jersey

In re:  
William K Stanley  
Ella D. Stanley  
    Debtors

Case No. 17-23648-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 5  
Date Rcvd: Jun 23, 2021      Form ID: pdf901      Total Noticed: 77

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William K Stanley, Ella D. Stanley, 644 Cresson Avenue, Pleasantville, NJ 08232-4312 |
| aty | + | Lawrence A. Mintz, 1030 Atlantic Ave., Atlantic City, NJ 08401-7427 |
| lm | | Ditech, PO Box 6154, Rapid City, SD 57709-6154 |
| cr | + | Wilmington Savings Fund Society, FSB, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 516920034 | | APG Bariatrics, c/o Atlanticare Physician Group, PO Box 786061, Philadelphia, PA 19178-6061 |
| 516920039 | ++ | AVEE LABORATORIES, PO BOX 654088, DALLAS TX 75265-4088 address filed with court:, Avee Laboratories, Inc., PO Box 123132, Dept. 3132, Dallas, TX 75312-3132 |
| 517985144 | + | Ally Financial, John R. Morton, Jr., Morton & Craig, LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3125 |
| 519065388 | + | Ally Financial Inc, Regina Cohen, Esquire, Lavin, Cedrone, Graver, Boyd & DiSipio, 1300 Route 73, Suite 307 Mt. Laurel, New Jersey 08054-2217 |
| 516920035 | + | Asset Maximization Group, Inc., PO Box 190191, South Richmond Hill, NY 11419-0191 |
| 516920037 | + | Atlantic County Animal Shelter, 240 Old Turnpike Road, Pleasantville, NJ 08232-2545 |
| 516920038 | | Atlantic Gastroenterology Associates, 3205 Fire Road, Egg Harbor Township, NJ 08234-5884 |
| 516920043 | + | City of Pleasantville, PO Box 1016, Voorhees, NJ 08043-7016 |
| 516920050 | + | Curexa Pharmacy, 3007 Ocean Heights Avenue, Egg Harbor Township, NJ 08234-7749 |
| 516920051 | + | David A. Faloni, Esquire, Law Offices of Faloni & Associates, LLC, PO Box 1285, Caldwell, NJ 07007-1285 |
| 516920053 | + | Ditech Financial, LLC, Ditech Bankruptcy Department, PO Box 6154, Rapid City, SD 57709-6154 |
| 516920055 | | First Premier Bank, Post Office Box 5519, Sioux Falls, SD 57117-5519 |
| 516920059 | + | GM Financial Leasing, PO Box 100, Williamsville, NY 14231-0100 |
| 516920069 | | New Jersey American Water, PO Box 371331, Pittsburgh, PA 15250-7331 |
| 516920070 | | New Jersey Housing and Mortgage, Finance Agency, 637 S. Clinton Avenue, PO Box 18550, Trenton, NJ 08650-2085 |
| 516920072 | + | Pleasantville City Sewage, 18 N. First Street, Pleasantville, NJ 08232-2647 |
| 517629859 | + | Pleasantville City Sewage, City of Pleasantville Tax Collector, 18 North First Street, Pleasantville, NJ 08232-2647 |
| 516920073 | | Premier Bankcard, LLC, c/o Rushmore Service Center, PO Box 5508, Sioux Falls, SD 57117-5508 |
| 516920074 | + | Select Portfolio Servicing, Inc., Attn: Bankruptcy Department, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 516920075 | + | South Jersey Gas Company, PO Box 577, Hammonton, NJ 08037-0577 |
| 516920077 | + | Synergy Medical Laboratories, c/o Laboratory Billing Solutions, 195 New Hampshire Avenue, Suite 150, Portsmouth, NH 03801-7836 |
| 516920078 | + | The Danbury Mint, 47 Richards Avenue, Norwalk, CT 06857-0001 |
| 516920079 | | The L Card by Lendup, Customer Service, PO Box 31535, Tampa, FL 33631-3535 |
| 517168822 | | Wilmington Savings Fund Society, Remittance Processing P.O., Box 65450 Salt Lake City Ut, 84165-0450 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 23 2021 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 23 2021 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

Case 17-23648-ABA    Doc 96    Filed 06/25/21    Entered 06/26/21 00:17:06    Desc Imaged
Certificate of Notice    Page 12 of 15

| District/off: 0312-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jun 23, 2021 | Form ID: pdf901 | Total Noticed: 77 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 516961284 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 23 2021 20:37:00 | ACAR Leasing LTD, PO Box 183853, Arlington, TX 76096-3853 |
| 516969129 | | Email/Text: ally@ebn.phinsolutions.com | Jun 23 2021 20:36:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 516920032 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 23 2021 20:36:00 | Ally Financial, Post Office Box 380901, Minneapolis, MN 55438-0901 |
| 516947636 | + | Email/Text: csc.bankruptcy@amwater.com | Jun 23 2021 20:38:00 | American Water, PO Box 578, Alton, IL 62002-0578 |
| 516920036 | | Email/Text: bankruptcy@pepcoholdings.com | Jun 23 2021 20:37:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 516920040 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 23 2021 20:34:54 | Capital One Bank, Post Office Box 30285, Salt Lake City, UT 84130-0285 |
| 516920042 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 23 2021 20:34:46 | Carson Smithfield, PO Box 9216, Old Bethpage, NY 11804-9016 |
| 516920044 | + | Email/Text: mediamanagers@clientservices.com | Jun 23 2021 20:36:00 | Client Services, 3451 Harry S. Truman Boulevard, Saint Charles, MO 63301-9816 |
| 516920045 | + | Email/Text: documentfiling@lciinc.com | Jun 23 2021 20:36:00 | Comcast, 1701 JFK Boulevard, Philadelphia, PA 19103-2899 |
| 516920046 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 23 2021 20:37:00 | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 516920048 | + | Email/Text: convergent@ebn.phinsolutions.com | Jun 23 2021 20:37:00 | Convergent Outsourcing, Inc., 10750 Hammerly Boulevard, #200, Houston, TX 77043-2317 |
| 516920049 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 23 2021 20:34:58 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 516920052 | | Email/Text: Bankruptcy.Consumer@dish.com | Jun 23 2021 20:37:00 | Dish Network, Post Office Box 94063, Palatine, IL 60094-4063 |
| 516920054 | + | Email/Text: bknotice@ercbpo.com | Jun 23 2021 20:37:00 | Enhanced Recovery Company, PO Box 57547, Jacksonville, FL 32241-7547 |
| 516920058 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 23 2021 20:37:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 516989224 | + | Email/Text: bankruptcy@sccompanies.com | Jun 23 2021 20:38:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516920057 | + | Email/Text: bankruptcy@sccompanies.com | Jun 23 2021 20:38:00 | Ginny's Inc., 1515 South 21st Street, Clinton, IA 52732-6676 |
| 516920060 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 23 2021 20:37:00 | Jefferson Capital System, 16 McLeland Road, Saint Cloud, MN 56303 |
| 517092435 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 23 2021 20:37:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 516920061 | | Email/Text: bankruptcy@sccompanies.com | Jun 23 2021 20:36:00 | K. Jordan, PO Box 2809, Monroe, WI 53566-8009 |
| 516995603 | + | Email/Text: bankruptcy@sccompanies.com | Jun 23 2021 20:36:00 | K. Jordan, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516920062 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 23 2021 20:35:31 | LVNV Funding, LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 517085040 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 23 2021 20:45:39 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517085199 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 23 2021 20:34:46 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 517132089 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 23 2021 20:37:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516989222 | + | Email/Text: bankruptcy@sccompanies.com | Jun 23 2021 20:36:00 | Mason, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516995602 | + | Email/Text: bankruptcy@sccompanies.com | Jun 23 2021 20:36:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516920063 | | Email/Text: bankruptcy@sccompanies.com | Jun 23 2021 20:36:00 | Masseys, Post Office Box 2822, Monroe, WI 53566-8022 |
| 516920064 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 23 2021 20:35:12 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 516920065 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 23 2021 20:37:00 | Midland Funding, LLC, PO Box 60578, Los Angeles, CA 90060-0578 |
| 516920066 | | Email/Text: bankruptcy@sccompanies.com | Jun 23 2021 20:38:00 | Midnight Velvet, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 516989220 | + | Email/Text: bankruptcy@sccompanies.com | Jun 23 2021 20:38:00 | Monroe & Main, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516920067 | | Email/Text: bankruptcy@sccompanies.com | Jun 23 2021 20:38:00 | Monroe and Main, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 516989227 | + | Email/Text: bankruptcy@sccompanies.com | Jun 23 2021 20:38:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516981021 | | Email/PDF: cbp@onemainfinancial.com | Jun 23 2021 20:35:11 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 516920071 | | Email/PDF: cbp@onemainfinancial.com | Jun 23 2021 20:34:47 | OneMain Financial, Bankruptcy Department, Post Office Box 6042, Sioux Falls, SD 57117-6042 |
| 517323276 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 23 2021 20:35:22 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517323277 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 23 2021 20:34:58 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517107422 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 23 2021 20:34:59 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517106663 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 23 2021 20:35:22 | Portfolio Recovery Associates, LLC, c/o Rcs Direct Marketing/Orchard Bank, POB 41067, Norfolk VA 23541 |
| 517092861 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 23 2021 20:37:00 | Premier Bankcard LLC, Jefferson Capital Systems LLC Assignee, PO Box 7999, St Cloud MN 56302-7999 |
| 517117546 | | Email/Text: bnc-quantum@quantum3group.com | Jun 23 2021 20:37:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516995601 | + | Email/Text: bankruptcy@sccompanies.com | Jun 23 2021 20:36:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516920076 | + | Email/Text: bankruptcy@sccompanies.com | Jun 23 2021 20:38:00 | Swiss Colony/Montgomery, 1515 South 21st Street, Clinton, IA 52732-6676 |
| 517539345 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jun 23 2021 20:36:00 | THE BANK OF NEW YORK MELLON, F/K/A The Bank of New, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, California 92806-5948 |
| 517048549 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 23 2021 20:46:04 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516920080 | + | Email/Text: bnc-bluestem@quantum3group.com | Jun 23 2021 20:38:00 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint |

Cloud, MN 56303-0820

TOTAL: 49

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 516920033 | *+ | Ally Financial, Post Office Box 380901, Minneapolis, MN 55438-0901 |
| 516920041 | * | Capital One Bank, Post Office Box 30285, Salt Lake City, UT 84130-0285 |
| 516920047 | * | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 516920056 | * | First Premier Bank, Post Office Box 5519, Sioux Falls, SD 57117-5519 |
| 516920068 | * | Monroe and Main, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 516920031 | ##+ | Alltran Financial, LP, PO Box 610, Sauk Rapids, MN 56379-0610 |

TOTAL: 0 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 25, 2021         Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2005-7 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2005-7 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2005-7 ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Financial ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Justin Plean | on behalf of Creditor Wilmington Savings Fund Society FSB jplean@raslg.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor Wilmington Savings Fund Society FSB bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com |
| Regina Cohen | |

on behalf of Creditor Ally Financial rcohen@lavin-law.com ksweeney@lavin-law.com

Robert A. Loefflad

on behalf of Debtor William K Stanley rloefflad@ffhlaw.com ghuie@ffhlaw.com

Robert A. Loefflad

on behalf of Joint Debtor Ella D. Stanley rloefflad@ffhlaw.com ghuie@ffhlaw.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12