UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF NEW JERSEY

Robert A. Loefflad, Esquire
NJ Bar ID # 02479996
FORD, FLOWER, HASBROUCK & LOEFFLAD
Post Office Box 405
Linwood, New Jersey 08221
Tel (609) 653-1500
Fax (609) 653-8887
Email: rloefflad@ffhklaw.com

In Re:

WILLIAM K. STANLEY and ELLA D. STANLEY

Debtors.

Case No.: 17-23648

Adv. No.:

Hearing Date:

Judge: Andrew B. Altenburg, Jr, U.S.B.J.

## CERTIFICATION OF ELLA D. STANLEY IN SUPPORT OF MODIFICATION OF CHAPTER 13 PLAN DUE TO COVID-19

I, Ella D. Stanley, being of full age, hereby certify that:

1. I am a co-debtor with regard to the above captioned chapter 13 bankruptcy proceeding and I have personal knowledge of the facts set forth herein.

2. I make this Certification in support of an application to file a Modified Plan pursuant to 11 U.S.C. § 1329(d).

3. I hereby certify that I have read my husband's "Certification in Support of Modification of Chapter 13 Plan Due to Covid-19" ("Husband's Certification") dated June 22, 2021 and filed with the court as Document No. 91-1.

4. I hereby certify that the contents of my Husband's Certification are true and correct.

1

5.      I hereby join in my husband's request that the court approve our modified chapter 13 extending the term of the plan to 84 months so we can repay post-petition arrearages on our car loan with Ally Financial.

**DECLARATION IN LIEU OF AFFIDAVIT PURSUANT TO 28 U.S.C § 1746**

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 8, 2021.

/s/ Ella D. Stanley