UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert A. Loefflad, Esquire
NJ Bar ID# 024791996
Ford, Flower, Hasbrouck & Loefflad
PO Box 405
Linwood, New Jersey 08221
Tel (609) 653-1500
Fax (609) 653-8887
Email: rloefflad@ffhlaw.com

---

| In Re: | Case No.: | 17-23648 |
| William K. Stanley and Ella D. Stanley | Judge: | ABA |
| | Chapter: | 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by _____Carrington Mortgage_____,
creditor,

   A hearing has been scheduled for _____November 2, 2021_____, at _10:00 am_.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not
   been accounted for. Documentation in support is attached.

☒  Payments have not been made for the following reasons and debtor proposes

repayment as follows **(explain your answer)**:
Debtor Wife has been seriously ill which has prevented Debtor Husband from
seeking parttime employment to supplement debtors' social security and
retirement income.

☐  Other **(explain your answer)**:

3.      This certification is being made in an effort to resolve the issues raised in the certification
of default or motion.

4.      I certify under penalty of perjury that the above is true.

Date: 10/22/2021                            /s/  William K Stanley
                                            Debtor's Signature

Date: 10/22/2021                            /s/  Ella D. Stanley
                                            Debtor's Signature

**NOTES:**

1.      Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
Dismiss.

2.      Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
Default.

*rev.8/1/15*