UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

CGG 18-021730
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Elizabeth L. Wassall, Esq. 023211995
Kathleen M. Magoon, Esq. 040602010
ATTORNEYS FOR THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET BACKED CERTIFICATES, SERIES 2005-7

In Re:

WILLIAM K. STANLEY AND ELLA D. STANLEY,

DEBTORS

Case No.: 17-23648
Adv. Pro. No.:
Chapter: 13
Hearing Date: 11/02/21
Judge: ABA

## ADJOURNMENT REQUEST

1. I, Elizabeth L. Wassall,

   ☒ am the attorney for: Secured Creditor,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion for Relief ECF: 101

   Current hearing date and time: 11/02/21 at 10am

   New date requested: 11/23/21 at 10am

   Reason for adjournment request: To work on a Consent Order.

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 10-28-2021

Signature: /s/Elizabeth L. Wassall

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: 11/23/21 at 10    ☐ Peremptory

☐ Granted over objection(s)    New hearing date: ___    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2