Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−23648−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William K Stanley                             Ella D. Stanley
   644 Cresson Avenue                  644 Cresson Avenue
   Pleasantville, NJ 08232               Pleasantville, NJ 08232

Social Security No.:
   xxx−xx−1266                                   xxx−xx−2778

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 26, 2018.

On 10/26/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                  December 8, 2021
Time:                 09:00 AM
Location:            Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

     Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: October 27, 2021
JAN: lgr

                                                                                            Jeanne Naughton
                                                                                           Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-23648-ABA |
| William K Stanley | Chapter 13 |
| Ella D. Stanley | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Oct 27, 2021 | Form ID: 185 | Total Noticed: 78 |

The following symbols are used throughout this certificate:

**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William K Stanley, Ella D. Stanley, 644 Cresson Avenue, Pleasantville, NJ 08232-4312 |
| aty | + | Lawrence A. Mintz, 1030 Atlantic Ave., Atlantic City, NJ 08401-7427 |
| lm | | Ditech, PO Box 6154, Rapid City, SD 57709-6154 |
| cr | + | Wilmington Savings Fund Society, FSB, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 516920034 | | APG Bariatrics, c/o Atlanticare Physician Group, PO Box 786061, Philadelphia, PA 19178-6061 |
| 516920039 | ++ | AVEE LABORATORIES, PO BOX 654088, DALLAS TX 75265-4088 address filed with court:, Avee Laboratories, Inc., PO Box 123132, Dept. 3132, Dallas, TX 75312-3132 |
| 517985144 | + | Ally Financial, John R. Morton, Jr., Morton & Craig, LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3125 |
| 519277847 | + | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519065388 | + | Ally Financial Inc, Regina Cohen, Esquire, Lavin, Cedrone, Graver, Boyd & DiSipio, 1300 Route 73, Suite 307 Mt. Laurel, New Jersey 08054-2217 |
| 516920035 | + | Asset Maximization Group, Inc., PO Box 190191, South Richmond Hill, NY 11419-0191 |
| 516920037 | + | Atlantic County Animal Shelter, 240 Old Turnpike Road, Pleasantville, NJ 08232-2545 |
| 516920038 | | Atlantic Gastroenterology Associates, 3205 Fire Road, Egg Harbor Township, NJ 08234-5884 |
| 516920043 | + | City of Pleasantville, PO Box 1016, Voorhees, NJ 08043-7016 |
| 516920050 | + | Curexa Pharmacy, 3007 Ocean Heights Avenue, Egg Harbor Township, NJ 08234-7749 |
| 516920051 | + | David A. Faloni, Esquire, Law Offices of Faloni & Associates, LLC, PO Box 1285, Caldwell, NJ 07007-1285 |
| 516920053 | + | Ditech Financial, LLC, Ditech Bankruptcy Department, PO Box 6154, Rapid City, SD 57709-6154 |
| 516920055 | | First Premier Bank, Post Office Box 5519, Sioux Falls, SD 57117-5519 |
| 516920059 | + | GM Financial Leasing, PO Box 100, Williamsville, NY 14231-0100 |
| 516920069 | | New Jersey American Water, PO Box 371331, Pittsburgh, PA 15250-7331 |
| 516920070 | | New Jersey Housing and Mortgage, Finance Agency, 637 S. Clinton Avenue, PO Box 18550, Trenton, NJ 08650-2085 |
| 516920072 | + | Pleasantville City Sewage, 18 N. First Street, Pleasantville, NJ 08232-2647 |
| 517629859 | + | Pleasantville City Sewage, City of Pleasantville Tax Collector, 18 North First Street, Pleasantville, NJ 08232-2647 |
| 516920073 | | Premier Bankcard, LLC, c/o Rushmore Service Center, PO Box 5508, Sioux Falls, SD 57117-5508 |
| 516920074 | + | Select Portfolio Servicing, Inc., Attn: Bankruptcy Department, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 516920075 | + | South Jersey Gas Company, PO Box 577, Hammonton, NJ 08037-0577 |
| 516920077 | + | Synergy Medical Laboratories, c/o Laboratory Billing Solutions, 195 New Hampshire Avenue, Suite 150, Portsmouth, NH 03801-7836 |
| 516920078 | + | The Danbury Mint, 47 Richards Avenue, Norwalk, CT 06857-0001 |
| 516920079 | | The L Card by Lendup, Customer Service, PO Box 31535, Tampa, FL 33631-3535 |
| 517168822 | | Wilmington Savings Fund Society, Remittance Processing P.O., Box 65450 Salt Lake City Ut, 84165-0450 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 27 2021 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 27 2021 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark |

Case 17-23648-ABA    Doc 108    Filed 10/29/21    Entered 10/30/21 00:11:05    Desc
Imaged Certificate of Notice    Page 3 of 6

| District/off: 0312-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Oct 27, 2021 | Form ID: 185 | Total Noticed: 78 |

| Recipient ID | | Notice Method | Date/Time | Recipient Address |
|---|---|---|---|---|
| | | | | Center, Suite 2100, Newark, NJ 07102-5235 |
| 516961284 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 27 2021 20:34:00 | ACAR Leasing LTD, PO Box 183853, Arlington, TX 76096-3853 |
| 516969129 | | Email/Text: ally@ebn.phinsolutions.com | Oct 27 2021 20:34:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 516920032 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 27 2021 20:34:00 | Ally Financial, Post Office Box 380901, Minneapolis, MN 55438-0901 |
| 516947636 | + | Email/Text: csc.bankruptcy@amwater.com | Oct 27 2021 20:35:00 | American Water, PO Box 578, Alton, IL 62002-0578 |
| 516920036 | | Email/Text: bankruptcy@pepcoholdings.com | Oct 27 2021 20:34:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 516920040 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 27 2021 20:36:37 | Capital One Bank, Post Office Box 30285, Salt Lake City, UT 84130-0285 |
| 516920042 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 27 2021 20:36:43 | Carson Smithfield, PO Box 9216, Old Bethpage, NY 11804-9016 |
| 516920044 | + | Email/Text: mediamanagers@clientservices.com | Oct 27 2021 20:34:00 | Client Services, 3451 Harry S. Truman Boulevard, Saint Charles, MO 63301-9816 |
| 516920045 | + | Email/Text: documentfiling@lciinc.com | Oct 27 2021 20:34:00 | Comcast, 1701 JFK Boulevard, Philadelphia, PA 19103-2899 |
| 516920046 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 27 2021 20:34:00 | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 516920048 | + | Email/Text: convergent@ebn.phinsolutions.com | Oct 27 2021 20:35:00 | Convergent Outsourcing, Inc., 10750 Hammerly Boulevard, #200, Houston, TX 77043-2317 |
| 516920049 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 27 2021 20:36:38 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 516920052 | | Email/Text: Bankruptcy.Consumer@dish.com | Oct 27 2021 20:34:00 | Dish Network, Post Office Box 94063, Palatine, IL 60094-4063 |
| 516920054 | + | Email/Text: bknotice@ercbpo.com | Oct 27 2021 20:35:00 | Enhanced Recovery Company, PO Box 57547, Jacksonville, FL 32241-7547 |
| 516920058 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 27 2021 20:34:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 516989224 | + | Email/Text: bankruptcy@sccompanies.com | Oct 27 2021 20:35:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516920057 | + | Email/Text: bankruptcy@sccompanies.com | Oct 27 2021 20:35:00 | Ginny's Inc., 1515 South 21st Street, Clinton, IA 52732-6676 |
| 516920060 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 27 2021 20:35:00 | Jefferson Capital System, 16 McLeland Road, Saint Cloud, MN 56303 |
| 517092435 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 27 2021 20:35:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 516920061 | | Email/Text: bankruptcy@sccompanies.com | Oct 27 2021 20:34:00 | K. Jordan, PO Box 2809, Monroe, WI 53566-8009 |
| 516995603 | + | Email/Text: bankruptcy@sccompanies.com | Oct 27 2021 20:34:00 | K. Jordan, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516920062 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2021 20:36:43 | LVNV Funding, LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 517085040 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2021 20:36:39 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517085199 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 27 2021 20:36:42 | MERRICK BANK, Resurgent Capital Services, |

Case 17-23648-ABA   Doc 108   Filed 10/29/21   Entered 10/30/21 00:11:05   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0312-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Oct 27, 2021 | Form ID: 185 | Total Noticed: 78 |

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | | | PO Box 10368, Greenville, SC 29603-0368 |
| 517132089 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 27 2021 20:34:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516989222 | + Email/Text: bankruptcy@sccompanies.com | Oct 27 2021 20:34:00 | Mason, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516995602 | + Email/Text: bankruptcy@sccompanies.com | Oct 27 2021 20:34:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516920063 | Email/Text: bankruptcy@sccompanies.com | Oct 27 2021 20:34:00 | Masseys, Post Office Box 2822, Monroe, WI 53566-8022 |
| 516920064 | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 27 2021 20:36:42 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 516920065 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 27 2021 20:34:00 | Midland Funding, LLC, PO Box 60578, Los Angeles, CA 90060-0578 |
| 516920066 | Email/Text: bankruptcy@sccompanies.com | Oct 27 2021 20:35:00 | Midnight Velvet, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 516989220 | + Email/Text: bankruptcy@sccompanies.com | Oct 27 2021 20:35:00 | Monroe & Main, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516920067 | Email/Text: bankruptcy@sccompanies.com | Oct 27 2021 20:35:00 | Monroe and Main, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 516989227 | + Email/Text: bankruptcy@sccompanies.com | Oct 27 2021 20:35:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516981021 | Email/PDF: cbp@onemainfinancial.com | Oct 27 2021 20:36:37 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 516920071 | Email/PDF: cbp@onemainfinancial.com | Oct 27 2021 20:36:42 | OneMain Financial, Bankruptcy Department, Post Office Box 6042, Sioux Falls, SD 57117-6042 |
| 517323276 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 27 2021 20:36:47 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517323277 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 27 2021 20:36:37 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517107422 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 27 2021 20:36:47 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517106663 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 27 2021 20:36:47 | Portfolio Recovery Associates, LLC, c/o Rcs Direct Marketing/Orchard Bank, POB 41067, Norfolk VA 23541 |
| 517092861 | + Email/Text: JCAP_BNC_Notices@jcap.com | Oct 27 2021 20:35:00 | Premier Bankcard LLC, Jefferson Capital Systems LLC Assignee, PO Box 7999, St Cloud MN 56302-7999 |
| 517117546 | Email/Text: bnc-quantum@quantum3group.com | Oct 27 2021 20:34:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516995601 | + Email/Text: bankruptcy@sccompanies.com | Oct 27 2021 20:34:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516920076 | + Email/Text: bankruptcy@sccompanies.com | Oct 27 2021 20:35:00 | Swiss Colony/Montgomery, 1515 South 21st Street, Clinton, IA 52732-6676 |
| 517539345 | + Email/Text: BKBCNMAIL@carringtonms.com | Oct 27 2021 20:34:00 | THE BANK OF NEW YORK MELLON, F/K/A The Bank of New, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, California 92806-5948 |
| 517048549 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 27 2021 20:36:39 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516920080 | + Email/Text: bnc-bluestem@quantum3group.com | | |

| District/off: 0312-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Oct 27, 2021 | Form ID: 185 | Total Noticed: 78 |

|  |  | Oct 27 2021 20:35:00 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 49

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 516920033 | *+ | Ally Financial, Post Office Box 380901, Minneapolis, MN 55438-0901 |
| 516920041 | * | Capital One Bank, Post Office Box 30285, Salt Lake City, UT 84130-0285 |
| 516920047 | * | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 516920056 | * | First Premier Bank, Post Office Box 5519, Sioux Falls, SD 57117-5519 |
| 516920068 | * | Monroe and Main, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 516920031 | ##+ | Alltran Financial, LP, PO Box 610, Sauk Rapids, MN 56379-0610 |

TOTAL: 0 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Oct 29, 2021 | Signature: | /s/Joseph Speetjens |
|---|---|---|

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2005-7 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2005-7 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2005-7 ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Financial ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Justin Plean | on behalf of Creditor Wilmington Savings Fund Society FSB jplean@raslg.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor Wilmington Savings Fund Society FSB bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com |

District/off: 0312-1 | User: admin | Page 5 of 5
Date Rcvd: Oct 27, 2021 | Form ID: 185 | Total Noticed: 78

Regina Cohen
    on behalf of Creditor Ally Financial rcohen@lavin-law.com ksweeney@lavin-law.com

Robert A. Loefflad
    on behalf of Debtor William K Stanley rloefflad@ffhlaw.com ghuie@ffhlaw.com

Robert A. Loefflad
    on behalf of Joint Debtor Ella D. Stanley rloefflad@ffhlaw.com ghuie@ffhlaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12