UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

CGG 18-021730
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Elizabeth L. Wassall, Esq. 023211995
ATTORNEYS FOR THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-7

| In Re: | Case No.: 17-23648-ABA |
|---|---|
| WILLIAM K. STANLEY AND ELLA D. STANLEY, DEBTORS | Judge: HONORABLE ANDREW B. ALTENBURG, JR. |
| | Chapter: 13 |

## NOTICE OF OBJECTION TO CONFIRMATION

The undersigned, LOGS Legal Group LLP, attorneys for the Secured Creditor, THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-7, the holder of a Mortgage on Debtors' property located at 644 Cresson Avenue, Pleasantville, NJ 08232, hereby objects to the Confirmation of the Debtors' proposed Modified Chapter 13 Plan, ECF # 103, on the following grounds:

1)      Debtors' proposed Modified Chapter 13 Plan proposes to pay *post*-petition arrears in the plan, but does not specify which post-petition months are being cured by the proposed amount, nor on which month the regular post-petition payments are to resume outside the plan to Secured Creditor.

WHEREFORE, THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-7 respectfully requests that the Confirmation of Debtors' Modified Chapter 13 Plan be denied.

          LOGS LEGAL GROUP LLP

         By: */s/Elizabeth L. Wassall*
           Elizabeth L. Wassall, Esq.

Dated: 11-5-2021

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

CGG 18-021730
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
ATTORNEYS FOR THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-7

In Re:

WILLIAM K. STANLEY AND ELLA D. STANLEY, DEBTORS

Case No.: 17-23648-ABA

Judge: HONORABLE ANDREW B. ALTENBURG, JR.

Chapter: 13

**CERTIFICATION OF SERVICE**

I, _Linda Wright_ the undersigned

1. ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Kathleen M. Magoon, Esquire and Elizabeth L. Wassall, Esquire, who represents the Secured Creditor in the above-captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On _11/5/2021_, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Notice of Objection to Confirmation

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Signature

Dated: 11/5/2021        /s/ Linda Wright
                        Printed Name

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Robert A Loefflad<br>Ford Flower Hasbrouck & King<br>Central Square, Suite 42A<br>P.O. Box 405<br>Linwood, NJ 08221 | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| William K. Stanley and Ella D. Stanley<br>644 Cresson Avenue<br>Pleasantville, NJ 08232 | | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.