UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

CGG 18-021730
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Elizabeth L. Wassall, Esq.  023211995
ATTORNEYS FOR THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-7

In Re:

WILLIAM K. STANLEY AND ELLA D. STANLEY,
DEBTORS

Case No.: 17-23648-ABA

Judge: HONORABLE ANDREW B. ALTENBURG, JR.

Chapter: 13

**Order Filed on November 9, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## CONSENT ORDER RESOLVING MOTION TO VACATE STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: November 9, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter being opened to the Court by LOGS Legal Group LLP, Attorneys for THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-7, hereinafter "Secured Creditor", upon the filing of a Notice of Motion for an Order Vacating Stay in a Chapter 13 Case for failure of the Debtors to make post-petition payments on a mortgage obligation, and due notice of said Motion and the supporting Certification having been given to the Trustee, the Debtors and the attorney for the Debtors, if any AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1. As of November 1, 2021, Debtors are delinquent in post-petition payments for the months of July 1, 2021 through November 1, 2021 in the total amount of $8,423.50, less a suspense balance of $14.98, for a total post-petition delinquency amount of $8,408.52 due to Secured Creditor.

2. Debtors agree to capitalize the post-petition delinquency of $8,408.52, as outlined in Paragraph one (1) above, to be paid through the remaining Chapter 13 Plan. *The Trustee shall amend his/her records to reflect same. The Debtors shall file a Modified Plan within fourteen (14) days of entry of this Consent Order to fund this capitalization of post-petition arrears.*

3. Starting December 1, 2021, Debtors also agree to maintain all contractually due post-petition payments, which currently amount to $1,684.70 monthly.

4. If the Debtors fail to make any payments detailed in this Consent Order within thirty (30) days of the date the payments are due, or if any of the funds paid fail to clear for insufficient funds or are dishonored for any reason, then the Secured Creditor may send Debtors and Debtors' Counsel a written notice of default of this Consent Order. If the default is not cured within ten (10) days of such notice, Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by submitting a Certification of Default to the Bankruptcy Court, specifying the Debtors' failure to comply with this Consent Order, with a copy of any application, supporting certification, and proposed Order to be served on the Chapter 13 Standing Trustee, Debtors' Counsel and Debtors as required by the local bankruptcy rules.

We hereby consent to the form, content,
and entry of the within Order.

LOGS Legal Group LLP

/s/Elizabeth L. Wassall                                                         Date: 11-8-2021

Elizabeth L. Wassall, Esquire
Attorney for the Secured Creditor

[signature]                                                                            Date: 11/5/2021

Robert A. Loefflad, Esquire
Attorney for the Debtors