| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>CGG 18-021730<br>LOGS Legal Group LLP<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Elizabeth L. Wassall, Esq.  023211995<br>ATTORNEYS FOR THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-7 |

| | |
|---|---|
| In Re:<br><br>WILLIAM K. STANLEY AND ELLA D. STANLEY,<br>DEBTORS | Case No.: 17-23648-ABA<br><br>Judge: HONORABLE ANDREW B. ALTENBURG, JR.<br><br>Chapter: 13 |

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: <u>Objection to Confirmation of Modified Plan</u>     ECF Doc:<u> 110</u>

Date:   11-12-2021                         /s/Elizabeth L. Wassall
                                                              Signature

*rev.8/1/15*