UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)
Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1917 Brown Street
Philadelphia, PA 19130
(267) 909-9036

Case No.: 17-23648-ABA

Chapter 13

Hearing Date: January 12, 2022

Judge: Andrew B. Altenburg Jr.

**In Re:**

**WILLIAM K. STANLEY and ELLA D. STANLEY,**

**Debtors**

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ✓ Withdrawn

Matter: Objection to Confirmation

Date: December 15, 2021                    /s/ Jason Brett Schwartz
                                           Signature

*rev. 8/1/15*