UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert A. Loefflad, Esquire
NJ Bar ID# 024791996
Ford, Flower, Hasbrouck & Loefflad
Post Office Box 405
Linwood, New Jersey 08221
Tel (609) 653-1500
Fax (609) 653-8887
Email: rloefflad@ffhlaw.com

In Re:

William K. Stanley and Ella D. Stanley

Case No.: _____17-23648_____

Chapter: _____13_____

Adv. No.: _____

Hearing Date: _____

Judge: _____ABA_____

## CERTIFICATION OF SERVICE

1.  I, _____Melissa Decker_____ :

☐ represent _____ in this matter.

☒ am the secretary/paralegal for _____Robert A. Loefflad_____, who represents

_____Debtors_____ in this matter.

☐ am the _____ in this case and am representing myself.


2.    On _____2/11/2022_____, I sent a copy of the following pleadings and/or documents

to the parties listed in the chart below.
Modified Chapter 13 Plan filed on 10/26/2021 (Doc. No. 103)


3.    I certify under penalty of perjury that the above documents were sent using the mode of service
indicated.

Date:  _____2/11/2022_____                  /s/  Melissa Decker

                                                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| See attached Mailing List | Trustee & Affected creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

# FORD, FLOWER, HASBROUCK & LOEFFLAD
*Attorneys at Law*

February 11, 2022
Page 2

## MAILING LIST

| | |
|---|---|
| Isabel C. Balboa, Esquire<br>Standing Chapter 13 Trustee<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, New Jersey 08002 | Attn: Officer Authorized to Accept<br>Service of Process<br>The Bank of New York Mellon<br>c/o Carrington Mortgage Services, LLC<br>1600 South Douglass Road, Suite 200-A<br>Anaheim, California 92806 |
| Charles G. Wohlrab, Esquire<br>Shapiro & DeNardo, LLC<br>14000 Commerce Parkway, Suite 8<br>Mount Laurel, New Jersey 08054 | Regina Cohen, Esquire<br>Lavin, Cedrone, Graver, Boyd & DiSipio<br>1300 Route 73, Suite 307<br>Mount Laurel, New Jersey 08054 |
| Morton & Craig, LLC<br>110 Marter Avenue, Suite 301<br>Moorestown, New Jersey 08057 | Attn: Officer Authorized to Accept<br>Service of Process<br>Ally Financial<br>PO Box 130424<br>Roseville, MN 55113-0004 |
| Attn: Officer Authorized to Accept<br>Service of Process<br>Attn: Ally Financial Department<br>AIS Portfolio Services, LP<br>Account: xxxxxxxx6414<br>4515 N. Santa Fe Avenue, Dept. APS<br>Oklahoma, OK 73118 | |