Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−23648−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William K Stanley                             Ella D. Stanley
   644 Cresson Avenue                   644 Cresson Avenue
   Pleasantville, NJ 08232              Pleasantville, NJ 08232

Social Security No.:
   xxx−xx−1266                                   xxx−xx−2778

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on March 7, 2022.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 7, 2022
JAN:

                                                                                 Jeanne Naughton
                                                                                 Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
William K Stanley  
Ella D. Stanley  
    Debtors

Case No. 17-23648-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 5  
Date Rcvd: Mar 07, 2022      Form ID: 148      Total Noticed: 79

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William K Stanley, Ella D. Stanley, 644 Cresson Avenue, Pleasantville, NJ 08232-4312 |
| aty | + | Lawrence A. Mintz, 1030 Atlantic Ave., Atlantic City, NJ 08401-7427 |
| lm | | Ditech, PO Box 6154, Rapid City, SD 57709-6154 |
| 516920034 | | APG Bariatrics, c/o Atlanticare Physician Group, PO Box 786061, Philadelphia, PA 19178-6061 |
| 516920039 | ++ | AVEE LABORATORIES, PO BOX 654088, DALLAS TX 75265-4088 address filed with court:, Avee Laboratories, Inc., PO Box 123132, Dept. 3132, Dallas, TX 75312-3132 |
| 517985144 | + | Ally Financial, John R. Morton, Jr., Morton & Craig, LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3125 |
| 519065388 | + | Ally Financial Inc, Regina Cohen, Esquire, Lavin, Cedrone, Graver, Boyd & DiSipio, 1300 Route 73, Suite 307 Mt. Laurel, New Jersey 08054-2217 |
| 516920035 | + | Asset Maximization Group, Inc., PO Box 190191, South Richmond Hill, NY 11419-0191 |
| 516920037 | + | Atlantic County Animal Shelter, 240 Old Turnpike Road, Pleasantville, NJ 08232-2545 |
| 516920038 | | Atlantic Gastroenterology Associates, 3205 Fire Road, Egg Harbor Township, NJ 08234-5884 |
| 516920043 | + | City of Pleasantville, PO Box 1016, Voorhees, NJ 08043-7016 |
| 516920050 | + | Curexa Pharmacy, 3007 Ocean Heights Avenue, Egg Harbor Township, NJ 08234-7749 |
| 516920051 | + | David A. Faloni, Esquire, Law Offices of Faloni & Associates, LLC, PO Box 1285, Caldwell, NJ 07007-1285 |
| 516920053 | + | Ditech Financial, LLC, Ditech Bankruptcy Department, PO Box 6154, Rapid City, SD 57709-6154 |
| 516920059 | + | GM Financial Leasing, PO Box 100, Williamsville, NY 14231-0100 |
| 516920069 | | New Jersey American Water, PO Box 371331, Pittsburgh, PA 15250-7331 |
| 516920070 | | New Jersey Housing and Mortgage, Finance Agency, 637 S. Clinton Avenue, PO Box 18550, Trenton, NJ 08650-2085 |
| 516920072 | + | Pleasantville City Sewage, 18 N. First Street, Pleasantville, NJ 08232-2647 |
| 517629859 | + | Pleasantville City Sewage, City of Pleasantville Tax Collector, 18 North First Street, Pleasantville, NJ 08232-2647 |
| 516920073 | | Premier Bankcard, LLC, c/o Rushmore Service Center, PO Box 5508, Sioux Falls, SD 57117-5508 |
| 516920074 | + | Select Portfolio Servicing, Inc., Attn: Bankruptcy Department, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 516920075 | + | South Jersey Gas Company, PO Box 577, Hammonton, NJ 08037-0577 |
| 516920077 | + | Synergy Medical Laboratories, c/o Laboratory Billing Solutions, 195 New Hampshire Avenue, Suite 150, Portsmouth, NH 03801-7836 |
| 516920078 | + | The Danbury Mint, 47 Richards Avenue, Norwalk, CT 06857-0001 |
| 516920079 | | The L Card by Lendup, Customer Service, PO Box 31535, Tampa, FL 33631-3535 |
| 517168822 | | Wilmington Savings Fund Society, Remittance Processing P.O., Box 65450 Salt Lake City Ut, 84165-0450 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 07 2022 20:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 07 2022 20:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Mar 08 2022 01:28:00 | Ally Financial, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

| District/off: 0312-1 | | User: admin | | Page 2 of 5 |
|---|---|---|---|---|
| Date Rcvd: Mar 07, 2022 | | Form ID: 148 | | Total Noticed: 79 |

| | | | | |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Mar 07 2022 20:26:00 | Wilmington Savings Fund Society, FSB, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 516961284 | + | EDI: PHINAMERI.COM | Mar 08 2022 01:28:00 | ACAR Leasing LTD, PO Box 183853, Arlington, TX 76096-3853 |
| 519277847 | + | EDI: AISACG.COM | Mar 08 2022 01:28:00 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 516969129 | | EDI: GMACFS.COM | Mar 08 2022 01:28:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 516920032 | + | EDI: GMACFS.COM | Mar 08 2022 01:28:00 | Ally Financial, Post Office Box 380901, Minneapolis, MN 55438-0901 |
| 516947636 | + | Email/Text: csc.bankruptcy@amwater.com | Mar 07 2022 20:26:00 | American Water, PO Box 578, Alton, IL 62002-0578 |
| 516920036 | | Email/Text: bankruptcy@pepcoholdings.com | Mar 07 2022 20:26:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 516920040 | | EDI: CAPITALONE.COM | Mar 08 2022 01:28:00 | Capital One Bank, Post Office Box 30285, Salt Lake City, UT 84130-0285 |
| 516920042 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 07 2022 20:30:46 | Carson Smithfield, PO Box 9216, Old Bethpage, NY 11804-9016 |
| 516920044 | + | Email/Text: mediamanagers@clientservices.com | Mar 07 2022 20:26:00 | Client Services, 3451 Harry S. Truman Boulevard, Saint Charles, MO 63301-9816 |
| 516920045 | + | EDI: COMCASTCBLCENT | Mar 08 2022 01:28:00 | Comcast, 1701 JFK Boulevard, Philadelphia, PA 19103-2899 |
| 516920046 | | EDI: WFNNB.COM | Mar 08 2022 01:28:00 | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 516920048 | + | EDI: CONVERGENT.COM | Mar 08 2022 01:28:00 | Convergent Outsourcing, Inc., 10750 Hammerly Boulevard, #200, Houston, TX 77043-2317 |
| 516920049 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 07 2022 20:30:42 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 516920052 | | EDI: ESSL.COM | Mar 08 2022 01:28:00 | Dish Network, Post Office Box 94063, Palatine, IL 60094-4063 |
| 516920054 | + | Email/Text: bknotice@ercbpo.com | Mar 07 2022 20:26:00 | Enhanced Recovery Company, PO Box 57547, Jacksonville, FL 32241-7547 |
| 516920055 | | EDI: AMINFOFP.COM | Mar 08 2022 01:28:00 | First Premier Bank, Post Office Box 5519, Sioux Falls, SD 57117-5519 |
| 516920058 | | EDI: PHINAMERI.COM | Mar 08 2022 01:28:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 516989224 | + | EDI: CBS7AVE | Mar 08 2022 01:28:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516920057 | + | EDI: CBS7AVE | Mar 08 2022 01:28:00 | Ginny's Inc., 1515 South 21st Street, Clinton, IA 52732-6676 |
| 516920060 | | EDI: JEFFERSONCAP.COM | Mar 08 2022 01:28:00 | Jefferson Capital System, 16 McLeland Road, Saint Cloud, MN 56303 |
| 517092435 | | EDI: JEFFERSONCAP.COM | Mar 08 2022 01:28:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 516920061 | | EDI: CBSMASON | Mar 08 2022 01:28:00 | K. Jordan, PO Box 2809, Monroe, WI 53566-8009 |
| 516995603 | + | EDI: CBSMASON | Mar 08 2022 01:28:00 | K. Jordan, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

Case 17-23648-ABA    Doc 120    Filed 03/09/22    Entered 03/10/22 00:12:00    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Mar 07, 2022 | Form ID: 148 | Total Noticed: 79 |

| | | | |
|---|---|---|---|
| 516920062 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 07 2022 20:30:55 | LVNV Funding, LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 517085040 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 07 2022 20:30:55 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517085199 | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 07 2022 20:30:40 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517132089 | + EDI: MID8.COM | Mar 08 2022 01:28:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516989222 | + EDI: CBSMASON | Mar 08 2022 01:28:00 | Mason, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516995602 | + EDI: CBSMASON | Mar 08 2022 01:28:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516920063 | EDI: CBSMASON | Mar 08 2022 01:28:00 | Masseys, Post Office Box 2822, Monroe, WI 53566-8022 |
| 516920064 | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 07 2022 20:30:40 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 516920065 | + EDI: MID8.COM | Mar 08 2022 01:28:00 | Midland Funding, LLC, PO Box 60578, Los Angeles, CA 90060-0578 |
| 516920066 | EDI: CBS7AVE | Mar 08 2022 01:28:00 | Midnight Velvet, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 516989220 | + EDI: CBS7AVE | Mar 08 2022 01:28:00 | Monroe & Main, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516920067 | EDI: CBS7AVE | Mar 08 2022 01:28:00 | Monroe and Main, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 516989227 | + EDI: CBS7AVE | Mar 08 2022 01:28:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516981021 | EDI: AGFINANCE.COM | Mar 08 2022 01:28:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 516920071 | EDI: AGFINANCE.COM | Mar 08 2022 01:28:00 | OneMain Financial, Bankruptcy Department, Post Office Box 6042, Sioux Falls, SD 57117-6042 |
| 517323276 | EDI: PRA.COM | Mar 08 2022 01:28:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517323277 | EDI: PRA.COM | Mar 08 2022 01:28:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517107422 | EDI: PRA.COM | Mar 08 2022 01:28:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517106663 | EDI: PRA.COM | Mar 08 2022 01:28:00 | Portfolio Recovery Associates, LLC, c/o Rcs Direct Marketing/Orchard Bank, POB 41067, Norfolk VA 23541 |
| 517092861 | + EDI: JEFFERSONCAP.COM | Mar 08 2022 01:28:00 | Premier Bankcard LLC, Jefferson Capital Systems LLC Assignee, PO Box 7999, St Cloud MN 56302-7999 |
| 517117546 | EDI: Q3G.COM | Mar 08 2022 01:28:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516995601 | + EDI: CBSMASON | Mar 08 2022 01:28:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516920076 | + EDI: CBS7AVE | Mar 08 2022 01:28:00 | Swiss Colony/Montgomery, 1515 South 21st Street, Clinton, IA 52732-6676 |

Case 17-23648-ABA    Doc 120    Filed 03/09/22    Entered 03/10/22 00:12:00    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Mar 07, 2022 | Form ID: 148 | Total Noticed: 79 |

| 517539345 | + | Email/Text: BKBCNMAIL@carringtonms.com | | |
|---|---|---|---|---|
| | | | Mar 07 2022 20:26:00 | THE BANK OF NEW YORK MELLON, F/K/A The Bank of New, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, California 92806-5948 |
| 517048549 | + | EDI: AIS.COM | Mar 08 2022 01:28:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516920080 | + | EDI: BLUESTEM | Mar 08 2022 01:28:00 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 53

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 516920033 | *+ | Ally Financial, Post Office Box 380901, Minneapolis, MN 55438-0901 |
| 516920041 | * | Capital One Bank, Post Office Box 30285, Salt Lake City, UT 84130-0285 |
| 516920047 | * | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 516920056 | * | First Premier Bank, Post Office Box 5519, Sioux Falls, SD 57117-5519 |
| 516920068 | * | Monroe and Main, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 516920031 | ##+ | Alltran Financial, LP, PO Box 610, Sauk Rapids, MN 56379-0610 |

TOTAL: 0 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2022    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | |
| | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS  INC., ASSET-BACKED CERTIFICATES, SERIES 2005-7 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | |
| | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS  INC., ASSET-BACKED CERTIFICATES, SERIES 2005-7 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | |
| | on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A The Bank of New York as trustee for registered Holders of CWABS, ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Elizabeth L. Wassall | |
| | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS  INC., ASSET-BACKED CERTIFICATES, SERIES 2005-7 ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 5 of 5 |
| Date Rcvd: Mar 07, 2022 | Form ID: 148 | Total Noticed: 79 |

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jason Brett Schwartz
    on behalf of Creditor Ally Financial jschwartz@mesterschwartz.com

John R. Morton, Jr.
    on behalf of Creditor Ally Financial ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Justin Plean
    on behalf of Creditor Wilmington Savings Fund Society  FSB jplean@raslg.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com

Laura M. Egerman
    on behalf of Creditor Wilmington Savings Fund Society  FSB bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com

Regina Cohen
    on behalf of Creditor Ally Financial rcohen@lavin-law.com  ksweeney@lavin-law.com

Robert A. Loefflad
    on behalf of Joint Debtor Ella D. Stanley rloefflad@ffhlaw.com  ghuie@ffhlaw.com

Robert A. Loefflad
    on behalf of Debtor William K Stanley rloefflad@ffhlaw.com  ghuie@ffhlaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 14