Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 17−23648−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William K Stanley
644 Cresson Avenue
Pleasantville, NJ 08232

Ella D. Stanley
644 Cresson Avenue
Pleasantville, NJ 08232

Social Security No.:
xxx−xx−1266                                              xxx−xx−2778

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: April 11, 2022            Andrew B. Altenburg Jr.
                                 Judge, United States Bankruptcy Court